# EXHIBIT C (PART 2)

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65780173 |
| 65781777 |
| 65783449 |
| 65784353 |
| 65784484 |
| 65787103 |
| 65787274 |
| 65788951 |
| 65789107 |
| 65789703 |
| 65789881 |
| 65790201 |
| 65791000 |
| 65791112 |
| 65793656 |
| 65793829 |
| 65794120 |
| 65794367 |
| 65794921 |
| 65794945 |
| 65795383 |
| 65797471 |
| 65798543 |
| 65798570 |
| 65798700 |
| 65801335 |
| 65803304 |
| 65804880 |
| 65805738 |
| 65807663 |
| 65807906 |
| 65812997 |
| 65824631 |
| 65827183 |
| 65838290 |
| 65840823 |
| 65841157 |
| 65850723 |
| 65851883 |
| 65854543 |
| 65856187 |
| 65856816 |
| 65856949 |
| 65857130 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65857838 |
| 65858476 |
| 65858681 |
| 65859774 |
| 65860370 |
| 65861041 |
| 65861275 |
| 65861291 |
| 65862133 |
| 65862311 |
| 65862453 |
| 65862531 |
| 65863175 |
| 65863371 |
| 65864331 |
| 65947283 |
| 65947682 |
| 65947737 |
| 65947782 |
| 65948123 |
| 65948170 |
| 65948373 |
| 65948442 |
| 65948613 |
| 65948655 |
| 65948935 |
| 65948977 |
| 65950498 |
| 65950694 |
| 65951071 |
| 65951662 |
| 65953752 |
| 65954240 |
| 65954438 |
| 65955272 |
| 65955293 |
| 65955331 |
| 65956337 |
| 65956968 |
| 65959072 |
| 65959477 |
| 65959562 |
| 65988295 |
| 65988558 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65988848 |
| 65990719 |
| 65990794 |
| 95547546 |
| 95566217 |
| 95654305 |
| 95822041 |
| 95870912 |
| 95916543 |
| 95955440 |
| 96410102 |
| 96422483 |
| 96723455 |
| 96727898 |
| 96729843 |
| 99035155 |
| 99119158 |
| 99206266 |
| 99221813 |
| 99256911 |
| 99315431 |
| 99345355 |
| 99374948 |
| 99383076 |
| 99415864 |
| 99422518 |
| 99442317 |
| 99450258 |
| 99452400 |
| 99468407 |
| 99480053 |
| 99514741 |
| 99538198 |
| 99626988 |
| 99630856 |
| 99690049 |
| 99768963 |
| 9980699257 |
| R000731041 |
| 20060784 |
| 24515937 |
| 24523140 |
| 3110298 |
| 40109561 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 40126642 |
| 40147284 |
| 40151110 |
| 40152393 |
| 40154581 |
| 47010023 |
| 53000326 |
| 53000494 |
| 53000754 |
| 53000826 |
| 53001049 |
| 53001074 |
| 53001245 |
| 53001554 |
| 53001901 |
| 53002046 |
| 53002233 |
| 53002653 |
| 53002773 |
| 53002788 |
| 53002987 |
| 53003051 |
| 53003171 |
| 53003463 |
| 53004542 |
| 53004657 |
| 53004702 |
| 53004737 |
| 53004771 |
| 53004940 |
| 53005031 |
| 53007873 |
| 53007967 |
| 53007977 |
| 53008232 |
| 53008391 |
| 53008392 |
| 53008643 |
| 53008939 |
| 53008993 |
| 53009015 |
| 53009169 |
| 53009234 |
| 53009387 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53009532 |
| 53009774 |
| 53010350 |
| 53010563 |
| 53010591 |
| 53010648 |
| 53011179 |
| 53011442 |
| 53011448 |
| 53011639 |
| 53012164 |
| 53012486 |
| 53012564 |
| 53013189 |
| 53013343 |
| 53013372 |
| 53014127 |
| 53014194 |
| 53014563 |
| 53014618 |
| 53015035 |
| 53015096 |
| 53015189 |
| 53015293 |
| 53015324 |
| 53015667 |
| 53103853 |
| 53103854 |
| 53103927 |
| 53103947 |
| 53104055 |
| 53104110 |
| 53104173 |
| 53104237 |
| 53104259 |
| 53104288 |
| 53104292 |
| 53104315 |
| 53104355 |
| 53104390 |
| 53104439 |
| 53104457 |
| 53104460 |
| 53104564 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53104628 |
| 53104636 |
| 53104671 |
| 53104688 |
| 53104711 |
| 53104733 |
| 53104908 |
| 53105031 |
| 53105041 |
| 53105100 |
| 53105140 |
| 53105163 |
| 53105174 |
| 53105218 |
| 53105295 |
| 53105346 |
| 53105397 |
| 53105418 |
| 53105467 |
| 53105470 |
| 53105700 |
| 53105701 |
| 53105768 |
| 53105782 |
| 53105842 |
| 53105854 |
| 53105871 |
| 53106024 |
| 53106039 |
| 53106076 |
| 53106113 |
| 53106164 |
| 53106168 |
| 53106231 |
| 53106239 |
| 53106312 |
| 53106314 |
| 53106334 |
| 53106338 |
| 53106345 |
| 53106351 |
| 53106390 |
| 53106572 |
| 53106732 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53106733 |
| 53106789 |
| 53106839 |
| 53106881 |
| 53106913 |
| 53106976 |
| 53106980 |
| 53106991 |
| 53106993 |
| 53107014 |
| 53107028 |
| 53107054 |
| 53107075 |
| 53107108 |
| 53107115 |
| 53107156 |
| 53107174 |
| 53107188 |
| 53107247 |
| 53107279 |
| 53107319 |
| 53107333 |
| 53107419 |
| 53107523 |
| 53107570 |
| 53107649 |
| 53107678 |
| 53107684 |
| 53107724 |
| 53107821 |
| 53107914 |
| 53107925 |
| 53107948 |
| 53108056 |
| 53108105 |
| 53108256 |
| 53108324 |
| 53108471 |
| 53108496 |
| 53108563 |
| 53108612 |
| 53108673 |
| 53108732 |
| 53108767 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53108770 |
| 53108775 |
| 53108855 |
| 53108894 |
| 53109021 |
| 53109035 |
| 53109060 |
| 53109084 |
| 53109117 |
| 53109227 |
| 53109233 |
| 53109299 |
| 53109318 |
| 53109331 |
| 53109394 |
| 53109446 |
| 53109452 |
| 53109588 |
| 53109602 |
| 53109622 |
| 53109629 |
| 53109645 |
| 53109733 |
| 53109765 |
| 53109787 |
| 53109854 |
| 53109884 |
| 53130929 |
| 53130948 |
| 53130999 |
| 53131178 |
| 53131217 |
| 53131287 |
| 53131331 |
| 53131404 |
| 53131428 |
| 53131519 |
| 53131547 |
| 53131731 |
| 53131857 |
| 53131957 |
| 53131967 |
| 53132015 |
| 53132062 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53132159 |
| 53132179 |
| 53132255 |
| 53132291 |
| 53132389 |
| 53135946 |
| 53140127 |
| 53159988 |
| 53161548 |
| 53164497 |
| 53164514 |
| 53165636 |
| 53172815 |
| 53174307 |
| 53174319 |
| 53177628 |
| 53177701 |
| 53177708 |
| 53177811 |
| 53177865 |
| 53177989 |
| 53178001 |
| 53178088 |
| 53178089 |
| 53178097 |
| 53178118 |
| 53178189 |
| 53178224 |
| 53178243 |
| 53178314 |
| 53178386 |
| 53178394 |
| 53178438 |
| 53178449 |
| 53178547 |
| 53178568 |
| 53178573 |
| 53178595 |
| 53178597 |
| 53178648 |
| 53178684 |
| 53178735 |
| 53178746 |
| 53178783 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53178825 |
| 53178929 |
| 53178935 |
| 53178958 |
| 53178961 |
| 53178989 |
| 53179008 |
| 53179009 |
| 53179012 |
| 53179028 |
| 53179029 |
| 53179033 |
| 53179203 |
| 53181986 |
| 53182007 |
| 53182073 |
| 53182098 |
| 53182134 |
| 53182148 |
| 53182166 |
| 53182193 |
| 53182216 |
| 53182237 |
| 53182286 |
| 53182299 |
| 53182352 |
| 53182392 |
| 53182435 |
| 53182478 |
| 53182579 |
| 53182580 |
| 53182613 |
| 53182616 |
| 53182638 |
| 53182647 |
| 53182651 |
| 53182663 |
| 53182716 |
| 53182721 |
| 53182725 |
| 53182737 |
| 53182781 |
| 53182951 |
| 53183045 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53183075 |
| 53183122 |
| 53183156 |
| 53183190 |
| 53183244 |
| 53183278 |
| 53183287 |
| 53183299 |
| 53183300 |
| 53183379 |
| 53183395 |
| 53183411 |
| 53183429 |
| 53183478 |
| 53183489 |
| 53183495 |
| 53183510 |
| 53183523 |
| 53183549 |
| 53183588 |
| 53183632 |
| 53183636 |
| 53183660 |
| 53183679 |
| 53183680 |
| 53183728 |
| 53183774 |
| 53184007 |
| 53184138 |
| 53184162 |
| 53184217 |
| 53184241 |
| 53184248 |
| 53184283 |
| 53184286 |
| 53184311 |
| 53184452 |
| 53184471 |
| 53184486 |
| 53184500 |
| 53184509 |
| 53184533 |
| 53184551 |
| 53184693 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53184696 |
| 53184697 |
| 53184714 |
| 53184814 |
| 53184819 |
| 53184821 |
| 53193913 |
| 53193947 |
| 53194211 |
| 53194476 |
| 53194520 |
| 53194525 |
| 53194545 |
| 53195224 |
| 53195393 |
| 53195446 |
| 53195453 |
| 53195651 |
| 53195771 |
| 53195873 |
| 53195891 |
| 53195997 |
| 53196011 |
| 53196030 |
| 53196032 |
| 53196047 |
| 53196260 |
| 53196356 |
| 53196442 |
| 53196519 |
| 53196828 |
| 53196846 |
| 53196851 |
| 53196936 |
| 53197038 |
| 53197091 |
| 53197101 |
| 53197112 |
| 53197218 |
| 53197363 |
| 53197478 |
| 53197497 |
| 53197554 |
| 53197570 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53197590 |
| 53197622 |
| 53197625 |
| 53197639 |
| 53207559 |
| 53210509 |
| 53210528 |
| 53210674 |
| 53211363 |
| 53212086 |
| 53212098 |
| 53212598 |
| 53212649 |
| 53215325 |
| 53215332 |
| 53217659 |
| 53217712 |
| 53217788 |
| 53217844 |
| 53217868 |
| 53217894 |
| 53217917 |
| 53217947 |
| 53217961 |
| 53218028 |
| 53222944 |
| 53225665 |
| 53225682 |
| 53225703 |
| 53225730 |
| 53226916 |
| 53226975 |
| 53226998 |
| 53227385 |
| 53245710 |
| 64000910 |
| 64001005 |
| 64016528 |
| 64016824 |
| 64018274 |
| 64018340 |
| 64022140 |
| 64022207 |
| 64022844 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 64026886 |
| 64027870 |
| 64028487 |
| 64034468 |
| 64037242 |
| 64038437 |
| 64039312 |
| 64040480 |
| 64044498 |
| 64046760 |
| 64047041 |
| 64047543 |
| 64047802 |
| 64048230 |
| 64050020 |
| 64056660 |
| 64056749 |
| 64058633 |
| 64059120 |
| 64059285 |
| 64060827 |
| 64061838 |
| 64063566 |
| 64063835 |
| 64063947 |
| 64064015 |
| 64064095 |
| 64064145 |
| 64073072 |
| 64075514 |
| 64079917 |
| 64081682 |
| 64083381 |
| 64083495 |
| 64089541 |
| 64111305 |
| 64112177 |
| 64113138 |
| 64123080 |
| 64123135 |
| 64127791 |
| 64159445 |
| 64159510 |
| 64159683 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 64159969 |
| 64160063 |
| 64160101 |
| 64160234 |
| 64160641 |
| 64160723 |
| 64167112 |
| 64167265 |
| 6515584 |
| 6538036 |
| 65509541 |
| 65510766 |
| 65510829 |
| 65519063 |
| 65545656 |
| 65545982 |
| 65546108 |
| 65546151 |
| 65546198 |
| 65546235 |
| 65546303 |
| 65546469 |
| 65546760 |
| 65546885 |
| 65547027 |
| 65547138 |
| 65547143 |
| 65548005 |
| 65548783 |
| 65548856 |
| 65549793 |
| 65550985 |
| 65551713 |
| 65554159 |
| 65554581 |
| 65566646 |
| 65567195 |
| 65568454 |
| 65568582 |
| 65568845 |
| 65574775 |
| 65574885 |
| 65574970 |
| 65575021 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65575372 |
| 65575723 |
| 65575799 |
| 65575938 |
| 65576220 |
| 65576264 |
| 65576548 |
| 65576563 |
| 65576810 |
| 65577178 |
| 65577494 |
| 65577703 |
| 65578294 |
| 65578513 |
| 65579498 |
| 65579761 |
| 65580159 |
| 65580462 |
| 65581517 |
| 65583056 |
| 65584131 |
| 65584695 |
| 65586709 |
| 65586763 |
| 65586790 |
| 65586814 |
| 65586879 |
| 65586898 |
| 65586992 |
| 65587005 |
| 65587490 |
| 65591779 |
| 65592194 |
| 65592388 |
| 65593231 |
| 65593643 |
| 65593999 |
| 65594241 |
| 65594283 |
| 65594358 |
| 65595587 |
| 65596039 |
| 65601654 |
| 65602259 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65602345 |
| 65602573 |
| 65603942 |
| 65604150 |
| 65605695 |
| 65624446 |
| 65625547 |
| 65625558 |
| 65627660 |
| 65630630 |
| 65630817 |
| 65631211 |
| 65638372 |
| 65641974 |
| 65642531 |
| 65644118 |
| 65644185 |
| 65644278 |
| 65646698 |
| 65647466 |
| 65647812 |
| 65676942 |
| 65677144 |
| 65678201 |
| 65679047 |
| 65679097 |
| 65689443 |
| 65690789 |
| 65705967 |
| 65706018 |
| 65706702 |
| 65708056 |
| 65723021 |
| 65723185 |
| 65723667 |
| 65725531 |
| 65725562 |
| 65726207 |
| 65726328 |
| 65726358 |
| 65726454 |
| 65726472 |
| 65726621 |
| 65726746 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65726779 |
| 65726780 |
| 65727002 |
| 65727023 |
| 65727056 |
| 65727096 |
| 65727624 |
| 65727814 |
| 65728482 |
| 65728594 |
| 65730058 |
| 65731022 |
| 65731708 |
| 65731714 |
| 65732602 |
| 65745472 |
| 65745962 |
| 65746009 |
| 65746132 |
| 65746187 |
| 65746548 |
| 65746575 |
| 65746779 |
| 65748684 |
| 65749797 |
| 65750868 |
| 65750940 |
| 65751146 |
| 65751570 |
| 65751964 |
| 65752104 |
| 65752245 |
| 65752270 |
| 65752368 |
| 65752596 |
| 65752639 |
| 65753129 |
| 65753244 |
| 65754874 |
| 65754975 |
| 65755247 |
| 65755467 |
| 65755471 |
| 65755619 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65755772 |
| 65755961 |
| 65756147 |
| 65756352 |
| 65756468 |
| 65759129 |
| 65759212 |
| 65759837 |
| 65760521 |
| 65760711 |
| 65761052 |
| 65761129 |
| 65761947 |
| 65762331 |
| 65765824 |
| 65765853 |
| 65765987 |
| 65766030 |
| 65766081 |
| 65766315 |
| 65768401 |
| 65778179 |
| 65778373 |
| 65778525 |
| 65778588 |
| 65778643 |
| 65778761 |
| 65778912 |
| 65779077 |
| 65779796 |
| 65780443 |
| 65780550 |
| 65780686 |
| 65781147 |
| 65781254 |
| 65781621 |
| 65781694 |
| 65781805 |
| 65781936 |
| 65781956 |
| 65782180 |
| 65782339 |
| 65782384 |
| 65782589 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65783052 |
| 65783059 |
| 65783109 |
| 65783258 |
| 65783366 |
| 65783379 |
| 65784521 |
| 65784544 |
| 65784583 |
| 65784731 |
| 65784783 |
| 65785069 |
| 65785175 |
| 65786709 |
| 65786724 |
| 65786769 |
| 65786802 |
| 65786898 |
| 65787106 |
| 65787122 |
| 65787349 |
| 65787399 |
| 65787449 |
| 65787666 |
| 65787695 |
| 65787923 |
| 65788308 |
| 65788364 |
| 65788435 |
| 65788495 |
| 65788752 |
| 65788841 |
| 65788847 |
| 65788920 |
| 65789096 |
| 65789138 |
| 65789240 |
| 65789628 |
| 65789674 |
| 65789840 |
| 65790375 |
| 65790776 |
| 65790874 |
| 65791016 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65791479 |
| 65791554 |
| 65791628 |
| 65792090 |
| 65792646 |
| 65792650 |
| 65792785 |
| 65792935 |
| 65792967 |
| 65793037 |
| 65793090 |
| 65793316 |
| 65794073 |
| 65794074 |
| 65794228 |
| 65794350 |
| 65794520 |
| 65794542 |
| 65794644 |
| 65794675 |
| 65794796 |
| 65794854 |
| 65794907 |
| 65795395 |
| 65795444 |
| 65795493 |
| 65795676 |
| 65795747 |
| 65795751 |
| 65795956 |
| 65795979 |
| 65796173 |
| 65796349 |
| 65796392 |
| 65796765 |
| 65796921 |
| 65797010 |
| 65797085 |
| 65797131 |
| 65797381 |
| 65797763 |
| 65797798 |
| 65798401 |
| 65798622 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65798729 |
| 65798730 |
| 65798737 |
| 65798757 |
| 65798830 |
| 65798866 |
| 65799235 |
| 65799315 |
| 65799413 |
| 65799476 |
| 65799634 |
| 65799655 |
| 65799671 |
| 65800323 |
| 65800353 |
| 65800622 |
| 65800632 |
| 65800664 |
| 65800745 |
| 65800825 |
| 65801029 |
| 65801429 |
| 65801606 |
| 65801666 |
| 65802004 |
| 65802109 |
| 65802142 |
| 65802210 |
| 65802698 |
| 65803059 |
| 65803132 |
| 65803373 |
| 65803529 |
| 65803685 |
| 65803798 |
| 65804641 |
| 65804758 |
| 65804771 |
| 65804809 |
| 65804873 |
| 65805502 |
| 65805774 |
| 65805804 |
| 65805845 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65806010 |
| 65806151 |
| 65806239 |
| 65806804 |
| 65806933 |
| 65806983 |
| 65807139 |
| 65807426 |
| 65807602 |
| 65807638 |
| 65807796 |
| 65808099 |
| 65808621 |
| 65808724 |
| 65808917 |
| 65809084 |
| 65809100 |
| 65809395 |
| 65809557 |
| 65809728 |
| 65809825 |
| 65810042 |
| 65810423 |
| 65810540 |
| 65810902 |
| 65811031 |
| 65811070 |
| 65811156 |
| 65811358 |
| 65811388 |
| 65811739 |
| 65811778 |
| 65811939 |
| 65811977 |
| 65812060 |
| 65812152 |
| 65812460 |
| 65812715 |
| 65812821 |
| 65812894 |
| 65813074 |
| 65813486 |
| 65813772 |
| 65813829 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65814142 |
| 65814210 |
| 65814243 |
| 65814317 |
| 65814320 |
| 65814479 |
| 65814580 |
| 65814629 |
| 65815185 |
| 65815874 |
| 65816048 |
| 65817346 |
| 65817652 |
| 65817890 |
| 65817911 |
| 65818070 |
| 65818425 |
| 65819328 |
| 65819651 |
| 65820512 |
| 65820695 |
| 65820900 |
| 65821311 |
| 65821486 |
| 65821802 |
| 65822441 |
| 65822627 |
| 65822798 |
| 65824066 |
| 65824298 |
| 65824412 |
| 65825332 |
| 65826758 |
| 65827232 |
| 65827271 |
| 65827371 |
| 65827756 |
| 65827817 |
| 65827957 |
| 65828445 |
| 65828468 |
| 65828912 |
| 65828962 |
| 65829554 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65829625 |
| 65830169 |
| 65831345 |
| 65837931 |
| 65839537 |
| 65840983 |
| 65841359 |
| 65850595 |
| 65850695 |
| 65850938 |
| 65850989 |
| 65851072 |
| 65851166 |
| 65852014 |
| 65852173 |
| 65852395 |
| 65852603 |
| 65852828 |
| 65853008 |
| 65853225 |
| 65853399 |
| 65853849 |
| 65854431 |
| 65854517 |
| 65854768 |
| 65854962 |
| 65855058 |
| 65855084 |
| 65855142 |
| 65855198 |
| 65855697 |
| 65855776 |
| 65856440 |
| 65856474 |
| 65856525 |
| 65856610 |
| 65856791 |
| 65857052 |
| 65857092 |
| 65857097 |
| 65857111 |
| 65857118 |
| 65857136 |
| 65857146 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65857209 |
| 65857324 |
| 65857365 |
| 65857690 |
| 65857759 |
| 65857765 |
| 65857813 |
| 65857899 |
| 65857954 |
| 65857982 |
| 65858081 |
| 65858240 |
| 65858259 |
| 65858375 |
| 65858464 |
| 65858520 |
| 65858571 |
| 65858776 |
| 65858821 |
| 65858906 |
| 65858933 |
| 65858984 |
| 65859005 |
| 65859006 |
| 65859293 |
| 65859480 |
| 65859522 |
| 65859543 |
| 65859695 |
| 65859804 |
| 65859816 |
| 65859941 |
| 65859943 |
| 65860031 |
| 65860046 |
| 65860068 |
| 65860103 |
| 65860380 |
| 65860512 |
| 65860653 |
| 65860669 |
| 65860792 |
| 65860866 |
| 65860886 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65860996 |
| 65861066 |
| 65861187 |
| 65861237 |
| 65861307 |
| 65861312 |
| 65861353 |
| 65861393 |
| 65861401 |
| 65861571 |
| 65861735 |
| 65861742 |
| 65861745 |
| 65861833 |
| 65861843 |
| 65861888 |
| 65861957 |
| 65862042 |
| 65862149 |
| 65862236 |
| 65862271 |
| 65862302 |
| 65862654 |
| 65862682 |
| 65862695 |
| 65862766 |
| 65862839 |
| 65862912 |
| 65862961 |
| 65862974 |
| 65863047 |
| 65863061 |
| 65863119 |
| 65863121 |
| 65863223 |
| 65863298 |
| 65863300 |
| 65863322 |
| 65863399 |
| 65863408 |
| 65863421 |
| 65863449 |
| 65863452 |
| 65863578 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65863610 |
| 65863640 |
| 65863718 |
| 65863829 |
| 65863865 |
| 65863969 |
| 65864021 |
| 65864134 |
| 65864251 |
| 65864322 |
| 65864325 |
| 65864332 |
| 65864375 |
| 65864396 |
| 65864473 |
| 65864477 |
| 65864689 |
| 65864708 |
| 65864724 |
| 65934260 |
| 65947092 |
| 65947144 |
| 65947165 |
| 65947191 |
| 65947226 |
| 65947272 |
| 65947277 |
| 65947372 |
| 65947384 |
| 65947390 |
| 65947416 |
| 65947423 |
| 65947436 |
| 65947464 |
| 65947488 |
| 65947517 |
| 65947550 |
| 65947551 |
| 65947562 |
| 65947570 |
| 65947590 |
| 65947621 |
| 65947660 |
| 65947890 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65947904 |
| 65948088 |
| 65948091 |
| 65948095 |
| 65948140 |
| 65948146 |
| 65948203 |
| 65948293 |
| 65948325 |
| 65948335 |
| 65948354 |
| 65948383 |
| 65948385 |
| 65948412 |
| 65948416 |
| 65948432 |
| 65948433 |
| 65948439 |
| 65948445 |
| 65948556 |
| 65948568 |
| 65948579 |
| 65948657 |
| 65948689 |
| 65948705 |
| 65948707 |
| 65948738 |
| 65948744 |
| 65948776 |
| 65948777 |
| 65948813 |
| 65948821 |
| 65948874 |
| 65948887 |
| 65948906 |
| 65948909 |
| 65948919 |
| 65948938 |
| 65948949 |
| 65948950 |
| 65948954 |
| 65948955 |
| 65948978 |
| 65948995 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65949011 |
| 65949030 |
| 65949092 |
| 65949093 |
| 65949095 |
| 65949096 |
| 65949098 |
| 65949099 |
| 65949117 |
| 65949127 |
| 65949128 |
| 65949142 |
| 65949143 |
| 65949155 |
| 65949177 |
| 65949193 |
| 65949198 |
| 65949203 |
| 65949224 |
| 65949235 |
| 65949253 |
| 65949267 |
| 65949332 |
| 65949363 |
| 65949406 |
| 65949411 |
| 65949429 |
| 65949430 |
| 65949461 |
| 65949471 |
| 65950315 |
| 65950354 |
| 65950386 |
| 65950389 |
| 65950409 |
| 65950453 |
| 65950488 |
| 65950493 |
| 65950561 |
| 65950582 |
| 65950589 |
| 65950621 |
| 65950666 |
| 65950732 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65950734 |
| 65950746 |
| 65950777 |
| 65950790 |
| 65950792 |
| 65950801 |
| 65950812 |
| 65950836 |
| 65950839 |
| 65950869 |
| 65950880 |
| 65950887 |
| 65950888 |
| 65950903 |
| 65950931 |
| 65950977 |
| 65950987 |
| 65951003 |
| 65951012 |
| 65951028 |
| 65951031 |
| 65951034 |
| 65951036 |
| 65951053 |
| 65951058 |
| 65951079 |
| 65951093 |
| 65951106 |
| 65951126 |
| 65951153 |
| 65951167 |
| 65951171 |
| 65951189 |
| 65951210 |
| 65951223 |
| 65951237 |
| 65951262 |
| 65951291 |
| 65951301 |
| 65951332 |
| 65951346 |
| 65951381 |
| 65951424 |
| 65951452 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65951469 |
| 65951481 |
| 65951498 |
| 65951503 |
| 65951505 |
| 65951513 |
| 65951521 |
| 65951533 |
| 65951541 |
| 65951542 |
| 65951557 |
| 65951560 |
| 65951571 |
| 65951583 |
| 65951596 |
| 65951620 |
| 65951658 |
| 65951707 |
| 65951725 |
| 65951751 |
| 65951756 |
| 65951770 |
| 65951783 |
| 65951804 |
| 65951832 |
| 65951852 |
| 65951873 |
| 65951877 |
| 65951886 |
| 65951888 |
| 65951904 |
| 65951966 |
| 65951992 |
| 65952120 |
| 65952144 |
| 65952162 |
| 65952167 |
| 65952179 |
| 65952188 |
| 65952242 |
| 65952246 |
| 65952315 |
| 65952325 |
| 65952327 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65952334 |
| 65952344 |
| 65952348 |
| 65952349 |
| 65952393 |
| 65952431 |
| 65952434 |
| 65952443 |
| 65952490 |
| 65952502 |
| 65952517 |
| 65952555 |
| 65952580 |
| 65952586 |
| 65952595 |
| 65952603 |
| 65952613 |
| 65952635 |
| 65952647 |
| 65952682 |
| 65952692 |
| 65952732 |
| 65952740 |
| 65952790 |
| 65952805 |
| 65952806 |
| 65952826 |
| 65952828 |
| 65952832 |
| 65952858 |
| 65952991 |
| 65953003 |
| 65953080 |
| 65953085 |
| 65953097 |
| 65953152 |
| 65953229 |
| 65953263 |
| 65953295 |
| 65953329 |
| 65953355 |
| 65953427 |
| 65953431 |
| 65953467 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65953480 |
| 65953504 |
| 65953529 |
| 65953557 |
| 65953577 |
| 65953697 |
| 65953701 |
| 65953727 |
| 65953747 |
| 65953779 |
| 65953808 |
| 65953834 |
| 65953840 |
| 65953848 |
| 65953853 |
| 65953870 |
| 65953943 |
| 65953975 |
| 65954020 |
| 65954040 |
| 65954060 |
| 65954115 |
| 65954124 |
| 65954125 |
| 65954151 |
| 65954172 |
| 65954174 |
| 65954259 |
| 65954268 |
| 65954271 |
| 65954277 |
| 65954297 |
| 65954309 |
| 65954322 |
| 65954332 |
| 65954402 |
| 65954415 |
| 65954432 |
| 65954463 |
| 65954495 |
| 65954520 |
| 65954537 |
| 65954582 |
| 65954590 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65954621 |
| 65954665 |
| 65954670 |
| 65954684 |
| 65954790 |
| 65954841 |
| 65954882 |
| 65954914 |
| 65954916 |
| 65954934 |
| 65954982 |
| 65955000 |
| 65955004 |
| 65955019 |
| 65955028 |
| 65955052 |
| 65955076 |
| 65955120 |
| 65955123 |
| 65955125 |
| 65955132 |
| 65955164 |
| 65955194 |
| 65955216 |
| 65955224 |
| 65955230 |
| 65955255 |
| 65955286 |
| 65955291 |
| 65955318 |
| 65955386 |
| 65955403 |
| 65955431 |
| 65955524 |
| 65955543 |
| 65955616 |
| 65955688 |
| 65955725 |
| 65955737 |
| 65955743 |
| 65955744 |
| 65955754 |
| 65955774 |
| 65955801 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65955833 |
| 65955836 |
| 65955874 |
| 65955953 |
| 65955985 |
| 65956010 |
| 65956057 |
| 65956060 |
| 65956077 |
| 65956078 |
| 65956120 |
| 65956124 |
| 65956132 |
| 65956152 |
| 65956159 |
| 65956181 |
| 65956239 |
| 65956250 |
| 65956274 |
| 65956305 |
| 65956306 |
| 65956318 |
| 65956328 |
| 65956411 |
| 65956417 |
| 65956457 |
| 65956492 |
| 65956498 |
| 65956544 |
| 65956552 |
| 65956627 |
| 65956665 |
| 65956717 |
| 65956824 |
| 65956842 |
| 65956852 |
| 65956854 |
| 65956888 |
| 65956913 |
| 65956929 |
| 65956953 |
| 65956976 |
| 65956990 |
| 65957018 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65957041 |
| 65957082 |
| 65957091 |
| 65957095 |
| 65957118 |
| 65957141 |
| 65957170 |
| 65957189 |
| 65957206 |
| 65957208 |
| 65957298 |
| 65957302 |
| 65957303 |
| 65957307 |
| 65957374 |
| 65957398 |
| 65957406 |
| 65957415 |
| 65957456 |
| 65957462 |
| 65957469 |
| 65957474 |
| 65957478 |
| 65957515 |
| 65957535 |
| 65957546 |
| 65957552 |
| 65957559 |
| 65957616 |
| 65957692 |
| 65957779 |
| 65957805 |
| 65957808 |
| 65957903 |
| 65957929 |
| 65957938 |
| 65957973 |
| 65957987 |
| 65958111 |
| 65958139 |
| 65958142 |
| 65958146 |
| 65958155 |
| 65958163 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65958165 |
| 65958167 |
| 65958171 |
| 65958181 |
| 65958204 |
| 65958225 |
| 65958227 |
| 65958264 |
| 65958271 |
| 65958277 |
| 65958287 |
| 65958354 |
| 65958379 |
| 65958440 |
| 65958445 |
| 65958453 |
| 65958491 |
| 65958510 |
| 65958538 |
| 65958546 |
| 65958566 |
| 65958584 |
| 65958627 |
| 65958637 |
| 65958663 |
| 65958678 |
| 65958680 |
| 65958682 |
| 65958683 |
| 65958712 |
| 65958721 |
| 65958754 |
| 65958786 |
| 65958795 |
| 65958808 |
| 65958814 |
| 65958846 |
| 65958869 |
| 65958924 |
| 65958926 |
| 65958961 |
| 65958964 |
| 65958979 |
| 65958997 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65959043 |
| 65959055 |
| 65959079 |
| 65959121 |
| 65959199 |
| 65959200 |
| 65959201 |
| 65959202 |
| 65959226 |
| 65959227 |
| 65959245 |
| 65959247 |
| 65959309 |
| 65959355 |
| 65959419 |
| 65959438 |
| 65959456 |
| 65959457 |
| 65959498 |
| 65959524 |
| 65959542 |
| 65959545 |
| 65973334 |
| 65988512 |
| 65988655 |
| 65989079 |
| 65989468 |
| 65989544 |
| 65989843 |
| 65990365 |
| 65990383 |
| 65991293 |
| 65991746 |
| 65991980 |
| 671908 |
| 8089573 |
| 82505600 |
| 82526330 |
| 82590567 |
| 82597784 |
| 82626301 |
| 82634746 |
| 82636278 |
| 82638286 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 82643676 |
| 82657558 |
| 82675104 |
| 82855971 |
| 82880287 |
| 82891069 |
| 9117419 |
| 9121869 |
| 91254992 |
| 91280531 |
| 9156322 |
| 95500553 |
| 95570729 |
| 95603638 |
| 95606307 |
| 95677065 |
| 95709238 |
| 95712959 |
| 95786761 |
| 95814786 |
| 95901265 |
| 95902901 |
| 95910060 |
| 95965256 |
| 95968149 |
| 96033116 |
| 96115071 |
| 96247165 |
| 96284600 |
| 96333270 |
| 96375700 |
| 96378198 |
| 96385639 |
| 96388060 |
| 96390200 |
| 96395853 |
| 96396534 |
| 96401632 |
| 96403568 |
| 96405586 |
| 96405835 |
| 96406635 |
| 96407195 |
| 96407645 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 96407884 |
| 96408079 |
| 96410283 |
| 96410781 |
| 96411146 |
| 96411268 |
| 96412635 |
| 96414157 |
| 96416035 |
| 96417357 |
| 96419207 |
| 96419299 |
| 96420089 |
| 96423569 |
| 96424010 |
| 96425639 |
| 96720988 |
| 96721045 |
| 96721103 |
| 96721136 |
| 96721203 |
| 96721224 |
| 96721268 |
| 96721399 |
| 96722054 |
| 96722311 |
| 96722996 |
| 96723190 |
| 96723209 |
| 96723272 |
| 96723378 |
| 96723457 |
| 96723483 |
| 96724521 |
| 96724598 |
| 96724750 |
| 96724799 |
| 96725018 |
| 96725150 |
| 96725657 |
| 96727085 |
| 96727200 |
| 96727522 |
| 96727587 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 96728915 |
| 96729048 |
| 96729208 |
| 96729304 |
| 96729457 |
| 96730121 |
| 96730694 |
| 96735761 |
| 96738245 |
| 96752615 |
| 96752829 |
| 96753107 |
| 96762008 |
| 99033386 |
| 99042301 |
| 99116182 |
| 99118710 |
| 99120770 |
| 99121506 |
| 99121934 |
| 99122070 |
| 99122246 |
| 99122667 |
| 99123557 |
| 99123643 |
| 99123748 |
| 99135838 |
| 99152293 |
| 99153226 |
| 99173811 |
| 99190293 |
| 99195403 |
| 99195918 |
| 99197977 |
| 99200328 |
| 99208144 |
| 99211650 |
| 99233557 |
| 99243310 |
| 99257465 |
| 99263045 |
| 99263491 |
| 99271879 |
| 99276992 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99286406 |
| 99288609 |
| 99301096 |
| 99302889 |
| 99308221 |
| 99309015 |
| 99320791 |
| 99320994 |
| 99330169 |
| 99333518 |
| 99349592 |
| 99355817 |
| 99369264 |
| 99370880 |
| 99381574 |
| 99385429 |
| 99396017 |
| 99396075 |
| 99399221 |
| 99419472 |
| 99419474 |
| 99423865 |
| 99429490 |
| 99431108 |
| 99434852 |
| 99436321 |
| 99438680 |
| 99438766 |
| 99440185 |
| 99441593 |
| 99447221 |
| 99451141 |
| 99459094 |
| 99474113 |
| 99480743 |
| 99493484 |
| 99494502 |
| 99494850 |
| 99498735 |
| 99503896 |
| 99504285 |
| 99508290 |
| 99510428 |
| 99512442 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99521419 |
| 99524353 |
| 99535604 |
| 99540235 |
| 99540850 |
| 99560923 |
| 99564330 |
| 99576327 |
| 99588020 |
| 99602999 |
| 99604950 |
| 99606744 |
| 99646670 |
| 99646883 |
| 99655331 |
| 99668083 |
| 99678770 |
| 99703592 |
| 99709285 |
| 99718025 |
| 99739749 |
| 99742084 |
| 99760266 |
| 99762692 |
| 99766645 |
| 99767824 |
| 99771571 |
| 99774698 |
| 99791270 |
| 99869989 |
| 99884714 |
| 20037019 |
| 24419310 |
| 24464574 |
| 24517009 |
| 24556803 |
| 24883507 |
| 25471094 |
| 25787641 |
| 25905093 |
| 3144140 |
| 439440 |
| 53126094 |
| 53126911 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53127765 |
| 53147601 |
| 53147711 |
| 53154366 |
| 53154768 |
| 53156345 |
| 53157505 |
| 53161685 |
| 53161965 |
| 53180934 |
| 53181118 |
| 53181175 |
| 53181356 |
| 53181414 |
| 53181533 |
| 53181577 |
| 53181654 |
| 53181745 |
| 53181873 |
| 53181930 |
| 53181931 |
| 53181965 |
| 53193984 |
| 53206950 |
| 53206953 |
| 53206960 |
| 53207116 |
| 53208627 |
| 53210320 |
| 53210322 |
| 53215337 |
| 53221373 |
| 53221382 |
| 53222714 |
| 53222716 |
| 53225634 |
| 53230042 |
| 53232581 |
| 53236613 |
| 53244488 |
| 53258617 |
| 64088496 |
| 64094338 |
| 64117687 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 64118137 |
| 64118163 |
| 64118376 |
| 64118450 |
| 64118976 |
| 64119172 |
| 64119200 |
| 64119400 |
| 64119706 |
| 64119709 |
| 64120081 |
| 64120130 |
| 64120310 |
| 64120436 |
| 64120503 |
| 64120639 |
| 64120836 |
| 65737678 |
| 65737693 |
| 65737737 |
| 65737744 |
| 65737843 |
| 65737890 |
| 65737991 |
| 65738004 |
| 65738123 |
| 65738143 |
| 65738170 |
| 65738184 |
| 65738315 |
| 65738319 |
| 65738412 |
| 65738425 |
| 65738664 |
| 65738748 |
| 65738751 |
| 65738804 |
| 65738829 |
| 65738988 |
| 65739001 |
| 65739013 |
| 65739173 |
| 65739446 |
| 65739459 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65739532 |
| 65739573 |
| 65739734 |
| 65739794 |
| 65739824 |
| 65739868 |
| 65739923 |
| 65739940 |
| 65740011 |
| 65795750 |
| 82505811 |
| 82509487 |
| 82509801 |
| 82521122 |
| 82522126 |
| 82523704 |
| 82538671 |
| 82559779 |
| 82560289 |
| 82577872 |
| 82582871 |
| 82586136 |
| 82593611 |
| 82595212 |
| 82598580 |
| 82605809 |
| 82624443 |
| 82699642 |
| 82932567 |
| 82956182 |
| 82999750 |
| 83158840 |
| 83312974 |
| 83393249 |
| 85494678 |
| 90625544 |
| 90910593 |
| 9124400 |
| 9139347 |
| 9143036 |
| 94450963 |
| 95261715 |
| 95261910 |
| 95543493 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 95562267 |
| 95578637 |
| 95602438 |
| 95792739 |
| 95834838 |
| 95865413 |
| 95912352 |
| 95954279 |
| 96171497 |
| 96337132 |
| 96341370 |
| 96400989 |
| 96416179 |
| 96416232 |
| 96418954 |
| 96422121 |
| 96423019 |
| 96721544 |
| 96723332 |
| 96723742 |
| 96736167 |
| 99003676 |
| 99006634 |
| 99009297 |
| 99027696 |
| 99029992 |
| 99041269 |
| 99041908 |
| 99047268 |
| 99049662 |
| 99106152 |
| 99109233 |
| 99120419 |
| 99127061 |
| 99146497 |
| 99156926 |
| 99205864 |
| 99216226 |
| 99217267 |
| 99233372 |
| 99235711 |
| 99235861 |
| 99238524 |
| 99242119 |