# EXHIBIT C (PART 3)

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99245533 |
| 99273401 |
| 99277341 |
| 99278418 |
| 99285655 |
| 99286350 |
| 99294847 |
| 99299466 |
| 99306289 |
| 99309663 |
| 99312091 |
| 99315257 |
| 99316525 |
| 99320710 |
| 99327518 |
| 99330625 |
| 99339071 |
| 99351337 |
| 99360490 |
| 99365921 |
| 99366875 |
| 99366876 |
| 99372837 |
| 99379524 |
| 99380321 |
| 99380616 |
| 99383955 |
| 99385261 |
| 99385729 |
| 99395755 |
| 99396039 |
| 99400210 |
| 99400633 |
| 99404773 |
| 99406819 |
| 99407032 |
| 99407381 |
| 99408845 |
| 99410352 |
| 99413015 |
| 99413895 |
| 99415594 |
| 99417156 |
| 99417317 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99420128 |
| 99420361 |
| 99427891 |
| 99430143 |
| 99431663 |
| 99432615 |
| 99445324 |
| 99447451 |
| 99448798 |
| 99449489 |
| 99449857 |
| 99450402 |
| 99451372 |
| 99452539 |
| 99453200 |
| 99456807 |
| 99461653 |
| 99472357 |
| 99473774 |
| 99476454 |
| 99480303 |
| 99480410 |
| 99481843 |
| 99482513 |
| 99491911 |
| 99492985 |
| 99494119 |
| 99513221 |
| 99513224 |
| 99524078 |
| 99530515 |
| 99545602 |
| 99547800 |
| 99554414 |
| 99561021 |
| 99561897 |
| 99574094 |
| 99584486 |
| 99591321 |
| 99604636 |
| 99608627 |
| 99609149 |
| 99609378 |
| 99613656 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99618498 |
| 99639392 |
| 99642718 |
| 99644288 |
| 99649807 |
| 99653290 |
| 99655794 |
| 99664511 |
| 99674254 |
| 99675089 |
| 99676382 |
| 99678489 |
| 99680840 |
| 99688621 |
| 99690422 |
| 99691839 |
| 99701444 |
| 99702130 |
| 99702607 |
| 99703100 |
| 99704218 |
| 99707802 |
| 99708629 |
| 99710937 |
| 99712674 |
| 99713954 |
| 99717267 |
| 99726136 |
| 99728329 |
| 99729217 |
| 99736878 |
| 99739221 |
| 99746765 |
| 99746917 |
| 99766128 |
| 99772730 |
| 99779267 |
| 99787320 |
| 99788813 |
| 20047195 |
| 20050259 |
| 20078898 |
| 24541954 |
| 24552218 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 24554537 |
| 40021530 |
| 40071928 |
| 40140975 |
| 53002028 |
| 53002103 |
| 53003968 |
| 53013145 |
| 53013306 |
| 53015387 |
| 53105755 |
| 53158738 |
| 53172752 |
| 53177649 |
| 53177839 |
| 53180979 |
| 53181053 |
| 53181166 |
| 53181192 |
| 53181204 |
| 53181497 |
| 53181531 |
| 53181550 |
| 53181551 |
| 53181559 |
| 53181631 |
| 53181924 |
| 53195191 |
| 53195298 |
| 53206963 |
| 53206987 |
| 53211419 |
| 53211484 |
| 53211528 |
| 53215360 |
| 53220365 |
| 53220585 |
| 53220736 |
| 53220745 |
| 53221302 |
| 53222373 |
| 53223541 |
| 53223639 |
| 53224008 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53232282 |
| 53234065 |
| 53238485 |
| 53238621 |
| 53238893 |
| 53238944 |
| 53239453 |
| 53240622 |
| 53240855 |
| 53241040 |
| 53241105 |
| 53242495 |
| 53244894 |
| 53244963 |
| 53245324 |
| 53245333 |
| 53245424 |
| 53245717 |
| 53258733 |
| 53263798 |
| 53264617 |
| 6055310 |
| 64087743 |
| 64101008 |
| 64107217 |
| 64108167 |
| 64110604 |
| 64117656 |
| 64118125 |
| 64118259 |
| 64118296 |
| 64118655 |
| 64118679 |
| 64118761 |
| 64118975 |
| 64119697 |
| 64119711 |
| 64119759 |
| 64120182 |
| 64120227 |
| 64120386 |
| 64120429 |
| 64120441 |
| 64120446 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 64120603 |
| 64120621 |
| 64120794 |
| 64128826 |
| 64128887 |
| 64131759 |
| 64131782 |
| 6531655 |
| 6533566 |
| 6538541 |
| 65706347 |
| 65720382 |
| 65720385 |
| 65720419 |
| 65720432 |
| 65720449 |
| 65737634 |
| 65737758 |
| 65737849 |
| 65737982 |
| 65737996 |
| 65737997 |
| 65738014 |
| 65738040 |
| 65738054 |
| 65738081 |
| 65738290 |
| 65738351 |
| 65738379 |
| 65738404 |
| 65738467 |
| 65738531 |
| 65738537 |
| 65738547 |
| 65738689 |
| 65738728 |
| 65738923 |
| 65738956 |
| 65738993 |
| 65739020 |
| 65739075 |
| 65739216 |
| 65739247 |
| 65739250 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65739323 |
| 65739328 |
| 65739460 |
| 65739507 |
| 65739650 |
| 65739693 |
| 65739735 |
| 65739738 |
| 65739760 |
| 65739828 |
| 65739841 |
| 65739852 |
| 65739862 |
| 65739871 |
| 65739902 |
| 65739991 |
| 65740003 |
| 65740028 |
| 65740032 |
| 65750282 |
| 65841063 |
| 65988610 |
| 65989438 |
| 65990227 |
| 65990735 |
| 70030590 |
| 8087137 |
| 82501042 |
| 82502546 |
| 82507192 |
| 82507701 |
| 82508034 |
| 82508991 |
| 82510279 |
| 82511406 |
| 82511992 |
| 82514041 |
| 82516541 |
| 82523718 |
| 82529409 |
| 82531861 |
| 82533380 |
| 82542995 |
| 82545798 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 82562181 |
| 82564415 |
| 82565501 |
| 82569236 |
| 82577014 |
| 82578119 |
| 82580611 |
| 82581625 |
| 82583160 |
| 82595871 |
| 82596880 |
| 82597794 |
| 82600819 |
| 82604791 |
| 82604823 |
| 82606318 |
| 82611833 |
| 82621973 |
| 82632677 |
| 82633120 |
| 82636879 |
| 82645851 |
| 82655537 |
| 82661308 |
| 82662327 |
| 82694245 |
| 82703833 |
| 82722721 |
| 82729606 |
| 8520055 |
| 90413058 |
| 9106801 |
| 91159896 |
| 9139305 |
| 9139567 |
| 9139800 |
| 9143091 |
| 9143580 |
| 9144642 |
| 9149947 |
| 9152615 |
| 9155570 |
| 94436075 |
| 95494973 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 95538355 |
| 95553547 |
| 95581131 |
| 95591926 |
| 95634069 |
| 95640078 |
| 95656247 |
| 95672758 |
| 95730377 |
| 95814120 |
| 95821642 |
| 95824671 |
| 95834480 |
| 95836026 |
| 95836897 |
| 95856859 |
| 95915013 |
| 95915727 |
| 95942423 |
| 95946207 |
| 95964260 |
| 95971397 |
| 95972384 |
| 96185949 |
| 96239368 |
| 96341383 |
| 96342118 |
| 96348334 |
| 96348591 |
| 96350387 |
| 96363904 |
| 96365207 |
| 96371246 |
| 96396721 |
| 96398065 |
| 96721564 |
| 96722515 |
| 96728462 |
| 96732525 |
| 96734631 |
| 96738185 |
| 96739866 |
| 99000555 |
| 99002206 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99008056 |
| 99011550 |
| 99012100 |
| 99024405 |
| 99026907 |
| 99033102 |
| 99033405 |
| 99042999 |
| 99044913 |
| 99048571 |
| 99050062 |
| 99052633 |
| 99111675 |
| 99116339 |
| 99118477 |
| 99130557 |
| 99148653 |
| 99153727 |
| 99155123 |
| 99164530 |
| 99170969 |
| 99171163 |
| 99178905 |
| 99180180 |
| 99180766 |
| 99182940 |
| 99195536 |
| 99198981 |
| 99201952 |
| 99204263 |
| 99205658 |
| 99206051 |
| 99206275 |
| 99211781 |
| 99213083 |
| 99215961 |
| 99218094 |
| 99218110 |
| 99218846 |
| 99221700 |
| 99222950 |
| 99223187 |
| 99232225 |
| 99243683 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99247792 |
| 99270669 |
| 99290017 |
| 99292813 |
| 99299257 |
| 99299639 |
| 99299772 |
| 99301247 |
| 99301712 |
| 99308281 |
| 99312376 |
| 99315251 |
| 99315763 |
| 99318602 |
| 99320704 |
| 99320742 |
| 99323623 |
| 99327874 |
| 99327904 |
| 99338345 |
| 99340108 |
| 99350144 |
| 99351475 |
| 99352195 |
| 99360609 |
| 99360636 |
| 99361270 |
| 99365718 |
| 99370260 |
| 99370472 |
| 99373076 |
| 99381780 |
| 99386474 |
| 99392965 |
| 99396615 |
| 99396881 |
| 99399419 |
| 99404088 |
| 99409347 |
| 99410498 |
| 99410986 |
| 99411281 |
| 99412429 |
| 99417233 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99424113 |
| 99424376 |
| 99424851 |
| 99428134 |
| 99428137 |
| 99429285 |
| 99431798 |
| 99431862 |
| 99432203 |
| 99432507 |
| 99432598 |
| 99433333 |
| 99434658 |
| 99434846 |
| 99437940 |
| 99438918 |
| 99439681 |
| 99440218 |
| 99441301 |
| 99443511 |
| 99443989 |
| 99443998 |
| 99444490 |
| 99444689 |
| 99444873 |
| 99445413 |
| 99446768 |
| 99448679 |
| 99449116 |
| 99449157 |
| 99449492 |
| 99451540 |
| 99452491 |
| 99453440 |
| 99453891 |
| 99454512 |
| 99456138 |
| 99457534 |
| 99457692 |
| 99458471 |
| 99459227 |
| 99459453 |
| 99460818 |
| 99461928 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99462497 |
| 99462719 |
| 99465520 |
| 99468128 |
| 99473962 |
| 99474605 |
| 99474956 |
| 99475398 |
| 99475686 |
| 99475833 |
| 99477101 |
| 99477301 |
| 99478608 |
| 99479262 |
| 99480973 |
| 99481340 |
| 99482052 |
| 99482478 |
| 99483305 |
| 99483772 |
| 99483935 |
| 99485483 |
| 99487747 |
| 99487988 |
| 99489106 |
| 99490735 |
| 99492978 |
| 99493603 |
| 99494004 |
| 99494874 |
| 99496240 |
| 99496898 |
| 99496899 |
| 99497788 |
| 99498684 |
| 99500466 |
| 99503391 |
| 99505158 |
| 99506445 |
| 99510967 |
| 99514424 |
| 99519027 |
| 99519052 |
| 99519495 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99520107 |
| 99526996 |
| 99527845 |
| 99527858 |
| 99531136 |
| 99542413 |
| 99548296 |
| 99554037 |
| 99560149 |
| 99562387 |
| 99564970 |
| 99566415 |
| 99570793 |
| 99573158 |
| 99573975 |
| 99575337 |
| 99580324 |
| 99580814 |
| 99586602 |
| 99587589 |
| 99589974 |
| 99591217 |
| 99591421 |
| 99591437 |
| 99592086 |
| 99594841 |
| 99595841 |
| 99597038 |
| 99603780 |
| 99604270 |
| 99606761 |
| 99607310 |
| 99608748 |
| 99609163 |
| 99613009 |
| 99613648 |
| 99614354 |
| 99616527 |
| 99616591 |
| 99618169 |
| 99619219 |
| 99619399 |
| 99621982 |
| 99624837 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99625458 |
| 99625964 |
| 99627001 |
| 99628092 |
| 99630149 |
| 99630371 |
| 99630799 |
| 99632408 |
| 99632673 |
| 99636916 |
| 99640696 |
| 99644353 |
| 99644850 |
| 99646270 |
| 99649335 |
| 99654537 |
| 99654565 |
| 99655734 |
| 99659608 |
| 99660503 |
| 99661811 |
| 99662683 |
| 99665739 |
| 99666895 |
| 99667216 |
| 99667563 |
| 99669221 |
| 99670207 |
| 99672536 |
| 99672876 |
| 99674190 |
| 99674556 |
| 99675731 |
| 99676168 |
| 99677062 |
| 99679044 |
| 99680111 |
| 99684252 |
| 99684311 |
| 99684808 |
| 99685693 |
| 99687198 |
| 99687439 |
| 99688203 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99690152 |
| 99690409 |
| 99693978 |
| 99694605 |
| 99695811 |
| 99700447 |
| 99703306 |
| 99704694 |
| 99706179 |
| 99706305 |
| 99707633 |
| 99709284 |
| 99711465 |
| 99715501 |
| 99715546 |
| 99716605 |
| 99717523 |
| 99721404 |
| 99725093 |
| 99731984 |
| 99734854 |
| 99741077 |
| 99746437 |
| 99746861 |
| 99747649 |
| 99748675 |
| 99749633 |
| 99754474 |
| 99759101 |
| 99759258 |
| 99763010 |
| 99765438 |
| 99767376 |
| 99768029 |
| 99772874 |
| 99774133 |
| 99776134 |
| 99779547 |
| 99780486 |
| 99790339 |
| 20077460 |
| 3127251 |
| 53217655 |
| 65768583 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65768771 |
| 65774014 |
| 65801127 |
| 65801166 |
| 65802290 |
| 65802956 |
| 65805175 |
| 65805234 |
| 65806992 |
| 65807179 |
| 65809458 |
| 65810161 |
| 65811465 |
| 65811767 |
| 65812201 |
| 65813129 |
| 65813269 |
| 65813554 |
| 65814270 |
| 65814927 |
| 65817808 |
| 65821927 |
| 65824380 |
| 65824443 |
| 65827056 |
| 65830891 |
| 65831212 |
| 65864826 |
| 65952122 |
| 65952581 |
| 65952637 |
| 65952669 |
| 65953050 |
| 65953096 |
| 65953636 |
| 65953660 |
| 65953677 |
| 65953735 |
| 65953743 |
| 65953971 |
| 65954006 |
| 65954043 |
| 65954075 |
| 65954081 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65954214 |
| 65954222 |
| 65954311 |
| 65954516 |
| 65954725 |
| 65954774 |
| 65954825 |
| 65954859 |
| 65954904 |
| 65954945 |
| 65954951 |
| 65954953 |
| 65955050 |
| 65955144 |
| 65955418 |
| 65955492 |
| 65955532 |
| 65955873 |
| 65957305 |
| 65957461 |
| 65958692 |
| 65958873 |
| 65958931 |
| 82529010 |
| 82592296 |
| 82605448 |
| 82663759 |
| 82684539 |
| 82686858 |
| 82689337 |
| 82692017 |
| 82843834 |
| 9114401 |
| 91245041 |
| 9134595 |
| 9150980 |
| 94442465 |
| 94448946 |
| 95634625 |
| 95652408 |
| 95705037 |
| 95722610 |
| 95818934 |
| 95835767 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 95875329 |
| 95909014 |
| 95949379 |
| 96321000 |
| 96346046 |
| 96370170 |
| 96376040 |
| 96390926 |
| 96408050 |
| 96415583 |
| 96416683 |
| 96422564 |
| 96724871 |
| 96727494 |
| 96727940 |
| 96728343 |
| 96749967 |
| 96750739 |
| 96751103 |
| 96751372 |
| 96751444 |
| 96752140 |
| 96752712 |
| 96752738 |
| 96752780 |
| 99012252 |
| 99014825 |
| 99018659 |
| 99106474 |
| 99116902 |
| 99125134 |
| 99129338 |
| 99199501 |
| 99215332 |
| 99221197 |
| 99227291 |
| 99254690 |
| 99343249 |
| 99360489 |
| 99360739 |
| 99365049 |
| 99392862 |
| 99398314 |
| 99405406 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99447112 |
| 99470725 |
| 99474563 |
| 99521415 |
| 99529716 |
| 99542164 |
| 99568451 |
| 99579559 |
| 99582040 |
| 99645087 |
| 99678470 |
| 99684460 |
| 99690665 |
| 99691960 |
| 99731517 |
| 99737784 |
| 99774315 |
| 99784573 |
| 99788280 |
| 99875620 |
| 99774608 |
| 99772613 |
| 99768814 |
| 99760364 |
| 99759672 |
| 99750287 |
| 99733989 |
| 99717846 |
| 99717095 |
| 99705588 |
| 99700128 |
| 99685709 |
| 99665844 |
| 99631821 |
| 99622607 |
| 99621835 |
| 99608594 |
| 99581269 |
| 99573712 |
| 99569920 |
| 99565974 |
| 99563598 |
| 99561774 |
| 99557008 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99553149 |
| 99541815 |
| 99538412 |
| 99538201 |
| 99532160 |
| 99531723 |
| 99531123 |
| 99524816 |
| 99520743 |
| 99510357 |
| 99510209 |
| 99493559 |
| 99484287 |
| 99460160 |
| 99448257 |
| 99447322 |
| 99445167 |
| 99439305 |
| 99436455 |
| 99425049 |
| 99420137 |
| 99417608 |
| 99414939 |
| 99413508 |
| 99408828 |
| 99405549 |
| 99366239 |
| 99352602 |
| 99350240 |
| 99327776 |
| 99323755 |
| 99323740 |
| 99304503 |
| 99300860 |
| 99288448 |
| 99274450 |
| 99272111 |
| 99260333 |
| 99241973 |
| 99213770 |
| 99133466 |
| 99123923 |
| 99121694 |
| 99118575 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99052513 |
| 99016174 |
| 96752504 |
| 96742225 |
| 96732352 |
| 96730012 |
| 96729712 |
| 96729273 |
| 96729178 |
| 96729128 |
| 96727422 |
| 96727092 |
| 96725163 |
| 96724927 |
| 96724178 |
| 96723653 |
| 96723376 |
| 96723111 |
| 96722875 |
| 96722385 |
| 96425842 |
| 96425501 |
| 96422274 |
| 96421759 |
| 96421629 |
| 96421621 |
| 96421618 |
| 96421596 |
| 96421544 |
| 96421051 |
| 96419545 |
| 96419501 |
| 96419165 |
| 96419126 |
| 96418802 |
| 96418737 |
| 96418638 |
| 96418614 |
| 96418506 |
| 96417870 |
| 96417616 |
| 96417594 |
| 96417528 |
| 96417518 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 96417301 |
| 96416892 |
| 96416580 |
| 96415724 |
| 96415696 |
| 96415245 |
| 96414889 |
| 96414648 |
| 96414510 |
| 96414278 |
| 96413862 |
| 96413668 |
| 96412200 |
| 96411985 |
| 96411329 |
| 96405536 |
| 96400509 |
| 96395560 |
| 96384063 |
| 96340985 |
| 95965220 |
| 95953363 |
| 95944156 |
| 95797033 |
| 95731121 |
| 95673361 |
| 95656798 |
| 95591519 |
| 95582117 |
| 94452511 |
| 94436973 |
| 9125008 |
| 82714831 |
| 82693480 |
| 82682863 |
| 82662652 |
| 82659922 |
| 82649632 |
| 82647980 |
| 82637697 |
| 82637210 |
| 82633425 |
| 82626945 |
| 82618193 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 82572677 |
| 82533431 |
| 82531411 |
| 82528702 |
| 82513827 |
| 70034150 |
| 65992029 |
| 65991992 |
| 65990910 |
| 65990889 |
| 65990839 |
| 65990736 |
| 65990526 |
| 65990220 |
| 65990210 |
| 65989751 |
| 65989582 |
| 65989575 |
| 65989475 |
| 65989185 |
| 65988638 |
| 65959273 |
| 65959005 |
| 65958863 |
| 65958010 |
| 65957930 |
| 65957377 |
| 65957244 |
| 65957155 |
| 65956209 |
| 65955586 |
| 65955140 |
| 65955043 |
| 65954941 |
| 65954923 |
| 65954791 |
| 65954693 |
| 65954659 |
| 65954493 |
| 65954073 |
| 65953861 |
| 65953144 |
| 65953088 |
| 65953051 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65952906 |
| 65952851 |
| 65952546 |
| 65952130 |
| 65951456 |
| 65951354 |
| 65950600 |
| 65949438 |
| 65949405 |
| 65949404 |
| 65949357 |
| 65949343 |
| 65949324 |
| 65949304 |
| 65949292 |
| 65949201 |
| 65949199 |
| 65949191 |
| 65949188 |
| 65949187 |
| 65949181 |
| 65949144 |
| 65949136 |
| 65949126 |
| 65949122 |
| 65949097 |
| 65949091 |
| 65949065 |
| 65949063 |
| 65949055 |
| 65949045 |
| 65949001 |
| 65948989 |
| 65948922 |
| 65948779 |
| 65948778 |
| 65948675 |
| 65948669 |
| 65948648 |
| 65948624 |
| 65948620 |
| 65948561 |
| 65948551 |
| 65948543 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65948508 |
| 65948491 |
| 65948486 |
| 65948456 |
| 65948455 |
| 65948449 |
| 65948440 |
| 65948397 |
| 65948386 |
| 65948372 |
| 65948349 |
| 65948347 |
| 65948327 |
| 65948307 |
| 65948304 |
| 65948284 |
| 65948280 |
| 65948261 |
| 65948258 |
| 65948257 |
| 65948243 |
| 65948226 |
| 65948208 |
| 65948207 |
| 65948199 |
| 65948196 |
| 65948187 |
| 65948159 |
| 65948124 |
| 65948120 |
| 65948114 |
| 65948111 |
| 65948086 |
| 65948079 |
| 65948056 |
| 65948047 |
| 65948026 |
| 65947998 |
| 65947928 |
| 65947926 |
| 65947902 |
| 65947893 |
| 65947854 |
| 65947846 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65947844 |
| 65947813 |
| 65947804 |
| 65947800 |
| 65947784 |
| 65947735 |
| 65947718 |
| 65947694 |
| 65947584 |
| 65947576 |
| 65947533 |
| 65947481 |
| 65947435 |
| 65947404 |
| 65947375 |
| 65947370 |
| 65947369 |
| 65947361 |
| 65947355 |
| 65947319 |
| 65947276 |
| 65947260 |
| 65947242 |
| 65947229 |
| 65947107 |
| 65947064 |
| 65934272 |
| 65928126 |
| 65864693 |
| 65864646 |
| 65864558 |
| 65864500 |
| 65864494 |
| 65864351 |
| 65864308 |
| 65864285 |
| 65864263 |
| 65864086 |
| 65864019 |
| 65863955 |
| 65863949 |
| 65863803 |
| 65863726 |
| 65863696 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65863637 |
| 65863553 |
| 65863519 |
| 65863448 |
| 65863439 |
| 65863381 |
| 65863310 |
| 65863221 |
| 65863172 |
| 65863149 |
| 65862990 |
| 65862954 |
| 65862884 |
| 65862846 |
| 65862815 |
| 65862806 |
| 65862805 |
| 65862722 |
| 65862689 |
| 65862475 |
| 65862337 |
| 65862317 |
| 65862287 |
| 65862232 |
| 65862191 |
| 65862185 |
| 65862147 |
| 65862116 |
| 65862031 |
| 65861997 |
| 65861862 |
| 65861799 |
| 65861772 |
| 65861760 |
| 65861711 |
| 65861658 |
| 65861546 |
| 65861534 |
| 65861430 |
| 65861412 |
| 65861363 |
| 65861300 |
| 65861266 |
| 65861242 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65861170 |
| 65861134 |
| 65861019 |
| 65860969 |
| 65860810 |
| 65860385 |
| 65860272 |
| 65860058 |
| 65859889 |
| 65859850 |
| 65859842 |
| 65859660 |
| 65859640 |
| 65859611 |
| 65859569 |
| 65859546 |
| 65859540 |
| 65859424 |
| 65859174 |
| 65858873 |
| 65858863 |
| 65858841 |
| 65858812 |
| 65858684 |
| 65858657 |
| 65858641 |
| 65858623 |
| 65858586 |
| 65858542 |
| 65858538 |
| 65858532 |
| 65858468 |
| 65858460 |
| 65858340 |
| 65858257 |
| 65858130 |
| 65858128 |
| 65858112 |
| 65858111 |
| 65858085 |
| 65858073 |
| 65857971 |
| 65857940 |
| 65857933 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65857801 |
| 65857700 |
| 65857697 |
| 65857575 |
| 65857464 |
| 65857429 |
| 65857390 |
| 65857311 |
| 65857307 |
| 65857286 |
| 65857175 |
| 65857174 |
| 65857110 |
| 65857066 |
| 65856673 |
| 65856568 |
| 65856562 |
| 65856511 |
| 65856305 |
| 65856290 |
| 65855550 |
| 65855121 |
| 65855002 |
| 65854561 |
| 65853630 |
| 65853444 |
| 65852483 |
| 65852400 |
| 65852342 |
| 65852010 |
| 65850962 |
| 65850751 |
| 65850669 |
| 65841297 |
| 65841266 |
| 65840955 |
| 65839966 |
| 65839475 |
| 65839103 |
| 65838705 |
| 65830244 |
| 65829490 |
| 65829062 |
| 65828506 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65828440 |
| 65828432 |
| 65828256 |
| 65827861 |
| 65827575 |
| 65826308 |
| 65825980 |
| 65825109 |
| 65823555 |
| 65822945 |
| 65821100 |
| 65820064 |
| 65818958 |
| 65818414 |
| 65817431 |
| 65816615 |
| 65816527 |
| 65816299 |
| 65815500 |
| 65815200 |
| 65812393 |
| 65812365 |
| 65812267 |
| 65811377 |
| 65811062 |
| 65810073 |
| 65809874 |
| 65809645 |
| 65808803 |
| 65806677 |
| 65805961 |
| 65805547 |
| 65805483 |
| 65805445 |
| 65804924 |
| 65803710 |
| 65802824 |
| 65801465 |
| 65801464 |
| 65801265 |
| 65801052 |
| 65800843 |
| 65800706 |
| 65800598 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65799632 |
| 65799549 |
| 65799522 |
| 65799475 |
| 65799466 |
| 65799415 |
| 65799253 |
| 65799209 |
| 65799001 |
| 65798935 |
| 65798874 |
| 65798788 |
| 65798725 |
| 65798664 |
| 65798642 |
| 65798612 |
| 65798569 |
| 65798556 |
| 65798429 |
| 65798300 |
| 65798026 |
| 65797954 |
| 65797939 |
| 65797917 |
| 65797692 |
| 65797683 |
| 65797523 |
| 65797511 |
| 65797467 |
| 65797413 |
| 65797375 |
| 65797372 |
| 65797082 |
| 65797024 |
| 65796832 |
| 65796547 |
| 65796536 |
| 65796481 |
| 65796195 |
| 65796086 |
| 65796034 |
| 65795793 |
| 65795615 |
| 65795552 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65795473 |
| 65795212 |
| 65795145 |
| 65795068 |
| 65795008 |
| 65794936 |
| 65794879 |
| 65794754 |
| 65794576 |
| 65794481 |
| 65794409 |
| 65794302 |
| 65794259 |
| 65794155 |
| 65794077 |
| 65794003 |
| 65793997 |
| 65793978 |
| 65793844 |
| 65793695 |
| 65793567 |
| 65793466 |
| 65793289 |
| 65793137 |
| 65792946 |
| 65792908 |
| 65792888 |
| 65792857 |
| 65792757 |
| 65792489 |
| 65792320 |
| 65792294 |
| 65792185 |
| 65792178 |
| 65791998 |
| 65791973 |
| 65791927 |
| 65791832 |
| 65791830 |
| 65791800 |
| 65791790 |
| 65791713 |
| 65791708 |
| 65791692 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65791576 |
| 65791515 |
| 65791426 |
| 65791396 |
| 65791366 |
| 65791313 |
| 65791220 |
| 65791076 |
| 65791069 |
| 65791058 |
| 65791020 |
| 65791019 |
| 65791009 |
| 65790976 |
| 65790756 |
| 65790748 |
| 65790678 |
| 65790559 |
| 65790526 |
| 65790519 |
| 65790416 |
| 65790241 |
| 65790118 |
| 65790062 |
| 65790050 |
| 65790048 |
| 65790029 |
| 65789975 |
| 65789904 |
| 65789877 |
| 65789801 |
| 65789737 |
| 65789691 |
| 65789648 |
| 65789592 |
| 65789545 |
| 65789390 |
| 65789297 |
| 65789194 |
| 65789182 |
| 65789173 |
| 65789078 |
| 65789004 |
| 65788969 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65788765 |
| 65788692 |
| 65788640 |
| 65788487 |
| 65788442 |
| 65788301 |
| 65788271 |
| 65788093 |
| 65787996 |
| 65787849 |
| 65787778 |
| 65787763 |
| 65787747 |
| 65787696 |
| 65787655 |
| 65787620 |
| 65787592 |
| 65787175 |
| 65787148 |
| 65786956 |
| 65786727 |
| 65786673 |
| 65785159 |
| 65785005 |
| 65784870 |
| 65784819 |
| 65784274 |
| 65784235 |
| 65784226 |
| 65783969 |
| 65783930 |
| 65783868 |
| 65783851 |
| 65783841 |
| 65783764 |
| 65783662 |
| 65783538 |
| 65783526 |
| 65783419 |
| 65783057 |
| 65782823 |
| 65782590 |
| 65782559 |
| 65782366 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65782279 |
| 65781906 |
| 65781771 |
| 65781756 |
| 65781591 |
| 65781312 |
| 65781093 |
| 65781076 |
| 65780574 |
| 65780350 |
| 65780334 |
| 65780033 |
| 65779803 |
| 65779741 |
| 65779721 |
| 65779719 |
| 65779614 |
| 65779543 |
| 65779450 |
| 65779353 |
| 65779288 |
| 65779244 |
| 65779080 |
| 65778943 |
| 65778933 |
| 65778907 |
| 65778888 |
| 65778574 |
| 65778148 |
| 65778018 |
| 65777959 |
| 65777937 |
| 65777685 |
| 65777459 |
| 65774125 |
| 65768643 |
| 65768361 |
| 65768359 |
| 65768339 |
| 65768330 |
| 65768238 |
| 65768020 |
| 65768002 |
| 65767836 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65767709 |
| 65766671 |
| 65766624 |
| 65766304 |
| 65762402 |
| 65762296 |
| 65762055 |
| 65762009 |
| 65761979 |
| 65761909 |
| 65761195 |
| 65761081 |
| 65760956 |
| 65760949 |
| 65760922 |
| 65760715 |
| 65760662 |
| 65760117 |
| 65759666 |
| 65759627 |
| 65756536 |
| 65756461 |
| 65756078 |
| 65755868 |
| 65755307 |
| 65754954 |
| 65754827 |
| 65754732 |
| 65754202 |
| 65751708 |
| 65751556 |
| 65751519 |
| 65751514 |
| 65749484 |
| 65749358 |
| 65746149 |
| 65745734 |
| 65730985 |
| 65730846 |
| 65730453 |
| 65730446 |
| 65729800 |
| 65729421 |
| 65729370 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65728925 |
| 65728722 |
| 65728600 |
| 65728179 |
| 65728025 |
| 65727495 |
| 65727307 |
| 65724269 |
| 65724159 |
| 65724060 |
| 65724039 |
| 65723887 |
| 65723771 |
| 65723698 |
| 65723669 |
| 65723665 |
| 65723599 |
| 65723393 |
| 65723334 |
| 65723302 |
| 65723163 |
| 65722953 |
| 65722840 |
| 65709173 |
| 65709089 |
| 65706603 |
| 65690442 |
| 65687532 |
| 65687213 |
| 65687208 |
| 65644616 |
| 65643959 |
| 65643682 |
| 65642499 |
| 65641394 |
| 65640832 |
| 65630608 |
| 65628264 |
| 65627257 |
| 65626264 |
| 65608163 |
| 65607989 |
| 65607926 |
| 65607529 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65604023 |
| 65603341 |
| 65595485 |
| 65594519 |
| 65593267 |
| 65591517 |
| 65589095 |
| 65588972 |
| 65584619 |
| 65583596 |
| 65548432 |
| 65548431 |
| 65548429 |
| 65547949 |
| 65517564 |
| 65511836 |
| 65510851 |
| 6534446 |
| 64081150 |
| 64074451 |
| 64074406 |
| 64073123 |
| 64062966 |
| 64059023 |
| 64050188 |
| 64039255 |
| 64038891 |
| 64037415 |
| 64036989 |
| 64036712 |
| 64036664 |
| 64036468 |
| 64034800 |
| 64028610 |
| 64024740 |
| 64022860 |
| 64022383 |
| 64018505 |
| 64018166 |
| 64017138 |
| 64016786 |
| 64005127 |
| 53225724 |
| 53225669 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53217922 |
| 53217881 |
| 53217779 |
| 53212710 |
| 53212670 |
| 53210513 |
| 53207552 |
| 53207523 |
| 53207497 |
| 53207482 |
| 53207471 |
| 53197652 |
| 53197645 |
| 53197629 |
| 53197624 |
| 53197613 |
| 53197609 |
| 53197594 |
| 53197591 |
| 53197587 |
| 53197579 |
| 53197578 |
| 53197572 |
| 53197551 |
| 53197531 |
| 53197530 |
| 53197526 |
| 53197515 |
| 53197499 |
| 53197487 |
| 53197473 |
| 53197469 |
| 53197468 |
| 53197455 |
| 53197454 |
| 53197452 |
| 53197448 |
| 53197438 |
| 53197432 |
| 53197427 |
| 53197422 |
| 53197396 |
| 53197355 |
| 53197345 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53197344 |
| 53197328 |
| 53197288 |
| 53197240 |
| 53197235 |
| 53197216 |
| 53197205 |
| 53197196 |
| 53197184 |
| 53197176 |
| 53197172 |
| 53197098 |
| 53197078 |
| 53197024 |
| 53197023 |
| 53197022 |
| 53197010 |
| 53197008 |
| 53197007 |
| 53197006 |
| 53196994 |
| 53196968 |
| 53196943 |
| 53196927 |
| 53196888 |
| 53196881 |
| 53196876 |
| 53196874 |
| 53196866 |
| 53196836 |
| 53196831 |
| 53196827 |
| 53196819 |
| 53196813 |
| 53196794 |
| 53196785 |
| 53196749 |
| 53196747 |
| 53196728 |
| 53196716 |
| 53196698 |
| 53196686 |
| 53196670 |
| 53196635 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53196634 |
| 53196629 |
| 53196606 |
| 53196602 |
| 53196582 |
| 53196570 |
| 53196567 |
| 53196555 |
| 53196507 |
| 53196466 |
| 53196448 |
| 53196438 |
| 53196409 |
| 53196401 |
| 53196398 |
| 53196391 |
| 53196371 |
| 53196338 |
| 53196335 |
| 53196252 |
| 53196249 |
| 53196247 |
| 53196234 |
| 53196194 |
| 53196171 |
| 53196123 |
| 53196106 |
| 53196105 |
| 53196040 |
| 53196014 |
| 53195996 |
| 53195989 |
| 53195984 |
| 53195979 |
| 53195971 |
| 53195956 |
| 53195885 |
| 53195880 |
| 53195830 |
| 53195806 |
| 53195795 |
| 53195768 |
| 53195754 |
| 53195736 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53195732 |
| 53195723 |
| 53195720 |
| 53195710 |
| 53195707 |
| 53195475 |
| 53195432 |
| 53195415 |
| 53195399 |
| 53195387 |
| 53195320 |
| 53195318 |
| 53195300 |
| 53195220 |
| 53195212 |
| 53195185 |
| 53195150 |
| 53193986 |
| 53193914 |
| 53193912 |
| 53190751 |
| 53190749 |
| 53190735 |
| 53184812 |
| 53184802 |
| 53184784 |
| 53184781 |
| 53184763 |
| 53184751 |
| 53184749 |
| 53184713 |
| 53184709 |
| 53184705 |
| 53184666 |
| 53184642 |
| 53184614 |
| 53184609 |
| 53184600 |
| 53184588 |
| 53184554 |
| 53184513 |
| 53184501 |
| 53184494 |
| 53184461 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53184454 |
| 53184424 |
| 53184421 |
| 53184420 |
| 53184416 |
| 53184414 |
| 53184408 |
| 53184389 |
| 53184333 |
| 53184321 |
| 53184317 |
| 53184307 |
| 53184301 |
| 53184294 |
| 53184233 |
| 53184188 |
| 53184095 |
| 53184044 |
| 53184015 |
| 53184013 |
| 53184006 |
| 53183920 |
| 53183918 |
| 53183880 |
| 53183849 |
| 53183847 |
| 53183834 |
| 53183826 |
| 53183807 |
| 53183792 |
| 53183757 |
| 53183706 |
| 53183635 |
| 53183616 |
| 53183589 |
| 53183530 |
| 53183462 |
| 53183368 |
| 53183339 |
| 53183334 |
| 53183329 |
| 53183309 |
| 53183065 |
| 53183061 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53183008 |
| 53182911 |
| 53182907 |
| 53182903 |
| 53182845 |
| 53182839 |
| 53182829 |
| 53182714 |
| 53182711 |
| 53182708 |
| 53182637 |
| 53182634 |
| 53182603 |
| 53182584 |
| 53182536 |
| 53182464 |
| 53182357 |
| 53182341 |
| 53182320 |
| 53182291 |
| 53182220 |
| 53182115 |
| 53182003 |
| 53181781 |
| 53179045 |
| 53179022 |
| 53179020 |
| 53179010 |
| 53178960 |
| 53178949 |
| 53178875 |
| 53178852 |
| 53178839 |
| 53178811 |
| 53178786 |
| 53178763 |
| 53178742 |
| 53178741 |
| 53178728 |
| 53178726 |
| 53178709 |
| 53178707 |
| 53178697 |
| 53178647 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53178601 |
| 53178594 |
| 53178555 |
| 53178544 |
| 53178543 |
| 53178470 |
| 53178469 |
| 53178456 |
| 53178435 |
| 53178414 |
| 53178393 |
| 53178360 |
| 53178356 |
| 53178354 |
| 53178347 |
| 53178333 |
| 53178325 |
| 53178318 |
| 53178284 |
| 53178277 |
| 53178237 |
| 53178225 |
| 53178213 |
| 53178174 |
| 53178169 |
| 53178157 |
| 53178009 |
| 53177934 |
| 53177900 |
| 53177862 |
| 53177859 |
| 53177770 |
| 53177750 |
| 53177740 |
| 53177654 |
| 53177632 |
| 53174301 |
| 53172825 |
| 53172809 |
| 53172797 |
| 53172785 |
| 53172770 |
| 53172751 |
| 53165715 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53165702 |
| 53165700 |
| 53165688 |
| 53165685 |
| 53165668 |
| 53165665 |
| 53165651 |
| 53165641 |
| 53165635 |
| 53164508 |
| 53164504 |
| 53164488 |
| 53161580 |
| 53161560 |
| 53161554 |
| 53161546 |
| 53161539 |
| 53161529 |
| 53159994 |
| 53159989 |
| 53159973 |
| 53159971 |
| 53159963 |
| 53159958 |
| 53159956 |
| 53159950 |
| 53159938 |
| 53158754 |
| 53158739 |
| 53140505 |
| 53140503 |
| 53140492 |
| 53140460 |
| 53140448 |
| 53140410 |
| 53140155 |
| 53135954 |
| 53135952 |
| 53135949 |
| 53135795 |
| 53135781 |
| 53135777 |
| 53134709 |
| 53134699 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53132393 |
| 53132381 |
| 53132376 |
| 53132360 |
| 53132286 |
| 53132278 |
| 53132219 |
| 53132204 |
| 53132199 |
| 53132174 |
| 53132136 |
| 53132135 |
| 53132134 |
| 53132097 |
| 53132090 |
| 53132084 |
| 53132061 |
| 53132060 |
| 53132045 |
| 53132041 |
| 53132028 |
| 53132008 |
| 53132006 |
| 53132001 |
| 53131991 |
| 53131985 |
| 53131980 |
| 53131976 |
| 53131947 |
| 53131938 |
| 53131921 |
| 53131864 |
| 53131837 |
| 53131827 |
| 53131814 |
| 53131809 |
| 53131804 |
| 53131785 |
| 53131779 |
| 53131724 |
| 53131716 |
| 53131700 |
| 53131691 |
| 53131688 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53131680 |
| 53131670 |
| 53131658 |
| 53131644 |
| 53131626 |
| 53131587 |
| 53131560 |
| 53131498 |
| 53131480 |
| 53131438 |
| 53131402 |
| 53131372 |
| 53131366 |
| 53131344 |
| 53131325 |
| 53131317 |
| 53131314 |
| 53131243 |
| 53131232 |
| 53131059 |
| 53130981 |
| 53130978 |
| 53130975 |
| 53130960 |
| 53130888 |
| 53130702 |
| 53130698 |
| 53109883 |
| 53109742 |
| 53109738 |
| 53109724 |
| 53109723 |
| 53109722 |
| 53109675 |
| 53109664 |
| 53109654 |
| 53109521 |
| 53109489 |
| 53109436 |
| 53109422 |
| 53109378 |
| 53109327 |
| 53109319 |
| 53109256 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53109243 |
| 53109240 |
| 53109234 |
| 53109230 |
| 53109182 |
| 53109125 |
| 53109114 |
| 53108965 |
| 53108952 |
| 53108899 |
| 53108896 |
| 53108834 |
| 53108817 |
| 53108812 |
| 53108725 |
| 53108723 |
| 53108666 |
| 53108665 |
| 53108602 |
| 53108593 |
| 53108590 |
| 53108587 |
| 53108585 |
| 53108425 |
| 53108379 |
| 53108275 |
| 53108265 |
| 53108231 |
| 53108227 |
| 53108212 |
| 53108184 |
| 53108179 |
| 53108176 |
| 53108050 |
| 53108045 |
| 53107987 |
| 53107977 |
| 53107970 |
| 53107688 |
| 53107535 |
| 53107507 |
| 53107392 |
| 53107030 |
| 53106920 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53106915 |
| 53106828 |
| 53106791 |
| 53106625 |
| 53106355 |
| 53106350 |
| 53106273 |
| 53106096 |
| 53106089 |
| 53106084 |
| 53106063 |
| 53105967 |
| 53105966 |
| 53105964 |
| 53105798 |
| 53105515 |
| 53105498 |
| 53105495 |
| 53105482 |
| 53105450 |
| 53105423 |
| 53105411 |
| 53105302 |
| 53105161 |
| 53105134 |
| 53105093 |
| 53105067 |
| 53104942 |
| 53104845 |
| 53104700 |
| 53104568 |
| 53104106 |
| 53103862 |
| 53016231 |
| 53015799 |
| 53015769 |
| 53015346 |
| 53015254 |
| 53015244 |
| 53014942 |
| 53014773 |
| 53014710 |
| 53014250 |
| 53013961 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53013870 |
| 53013799 |
| 53013792 |
| 53013634 |
| 53013597 |
| 53013550 |
| 53013118 |
| 53012511 |
| 53012442 |
| 53012309 |
| 53012192 |
| 53012042 |
| 53011896 |
| 53011611 |
| 53011597 |
| 53011526 |
| 53011505 |
| 53011477 |
| 53011284 |
| 53011198 |
| 53010977 |
| 53010924 |
| 53010911 |
| 53010787 |
| 53010756 |
| 53010676 |
| 53010632 |
| 53010565 |
| 53010505 |
| 53010500 |
| 53010308 |
| 53010132 |
| 53010047 |
| 53009920 |
| 53009802 |
| 53009781 |
| 53009563 |
| 53009321 |
| 53009158 |
| 53009105 |
| 53009039 |
| 53008920 |
| 53008801 |
| 53004868 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 53004782 |
| 53004714 |
| 53004236 |
| 53004032 |
| 53004017 |
| 53003792 |
| 53002714 |
| 53002713 |
| 53002440 |
| 53002354 |
| 53002276 |
| 53002200 |
| 53002012 |
| 53002006 |
| 53001947 |
| 53001944 |
| 53001890 |
| 53001825 |
| 53001651 |
| 53001630 |
| 53001281 |
| 53001194 |
| 53001114 |
| 53001043 |
| 20081919 |
| UNKNOWN |
| 99784517 |
| 99733410 |
| 99720981 |
| 99709623 |
| 99709451 |
| 99709362 |
| 99709058 |
| 99707303 |
| 99690912 |
| 99637890 |
| 99637839 |
| 99631676 |
| 99630439 |
| 99622563 |
| 99618029 |
| 99610315 |
| 99607188 |
| 99598027 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99597059 |
| 99594765 |
| 99594663 |
| 99589953 |
| 99589670 |
| 99587905 |
| 99577071 |
| 99576535 |
| 99570706 |
| 99567148 |
| 99542554 |
| 99534711 |
| 99534663 |
| 99531808 |
| 99531600 |
| 99527449 |
| 99525443 |
| 99523963 |
| 99516419 |
| 99509928 |
| 99509076 |
| 99508788 |
| 99503821 |
| 99498828 |
| 99491342 |
| 99491269 |
| 99491208 |
| 99490158 |
| 99486686 |
| 99484617 |
| 99484091 |
| 994833806 |
| 99481036 |
| 99479913 |
| 99474787 |
| 99460945 |
| 99460534 |
| 99453837 |
| 99449270 |
| 99445087 |
| 99436884 |
| 99430263 |
| 99429995 |
| 99426319 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 99416356 |
| 99414989 |
| 99409500 |
| 99357444 |
| 99351850 |
| 99351054 |
| 99309117 |
| 99282476 |
| 99148527 |
| 9672886 |
| 96728486 |
| 96723469 |
| 96723439 |
| 96721026 |
| 96421951 |
| 96419543 |
| 96419402 |
| 96415495 |
| 83244361 |
| 7141736178 |
| 65992056 |
| 65991709 |
| 65991631 |
| 65991344 |
| 65991256 |
| 65991063 |
| 65991033 |
| 6599097 |
| 65990948 |
| 65990914 |
| 65990740 |
| 65990690 |
| 65990687 |
| 65990599 |
| 65990566 |
| 65990488 |
| 65990417 |
| 65990271 |
| 65990053 |
| 65990008 |
| 65989965 |
| 65989932 |
| 65989917 |
| 65989872 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65989861 |
| 65989858 |
| 65989824 |
| 65989767 |
| 65989747 |
| 65989614 |
| 65989612 |
| 65989580 |
| 65989548 |
| 65989541 |
| 65989511 |
| 65989465 |
| 65989459 |
| 65989397 |
| 65989394 |
| 65989329 |
| 65989327 |
| 65989136 |
| 65988965 |
| 65988727 |
| 65988416 |
| 65959487 |
| 65958423 |
| 65958265 |
| 65958014 |
| 65957890 |
| 65957846 |
| 65957407 |
| 65957253 |
| 65956302 |
| 65956279 |
| 65956099 |
| 65956049 |
| 65955578 |
| 65955237 |
| 65954976 |
| 65954947 |
| 65954937 |
| 65954511 |
| 65954452 |
| 65954422 |
| 65954414 |
| 65954357 |
| 65954301 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65954270 |
| 65954028 |
| 65953904 |
| 65953795 |
| 65953771 |
| 65953699 |
| 65953662 |
| 65953659 |
| 65953585 |
| 65953482 |
| 65953392 |
| 65953389 |
| 65953385 |
| 65953370 |
| 65953233 |
| 65953192 |
| 65953001 |
| 65952986 |
| 65952967 |
| 65952819 |
| 65952811 |
| 65952730 |
| 65952704 |
| 65952683 |
| 65952632 |
| 65952608 |
| 65952583 |
| 65952559 |
| 65952129 |
| 65951720 |
| 65951479 |
| 65951438 |
| 65951258 |
| 65950776 |
| 65950748 |
| 65950598 |
| 65950467 |
| 65950385 |
| 65949491 |
| 65949490 |
| 65949487 |
| 65949486 |
| 65949484 |
| 65949483 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65949482 |
| 65949480 |
| 65949479 |
| 65949478 |
| 65949476 |
| 65949475 |
| 65949455 |
| 65949453 |
| 65949450 |
| 65949449 |
| 65949448 |
| 65949447 |
| 65949400 |
| 65949391 |
| 65949385 |
| 65949350 |
| 65949326 |
| 65949319 |
| 65949260 |
| 65949251 |
| 65949244 |
| 65949228 |
| 65949220 |
| 65949207 |
| 65949206 |
| 65949202 |
| 65949125 |
| 65949111 |
| 65949069 |
| 65949052 |
| 65948898 |
| 65948889 |
| 65948784 |
| 65948719 |
| 65948681 |
| 65948637 |
| 65948626 |
| 65948621 |
| 65948616 |
| 65948599 |
| 65948596 |
| 65948584 |
| 65948550 |
| 65948507 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65948493 |
| 65948482 |
| 65948384 |
| 65948369 |
| 65948367 |
| 65948358 |
| 65948346 |
| 65948343 |
| 65948268 |
| 65948249 |
| 65948233 |
| 65948221 |
| 65948218 |
| 65948212 |
| 65948193 |
| 65948174 |
| 65948155 |
| 65948110 |
| 65948107 |
| 65948093 |
| 65948078 |
| 65948077 |
| 65948063 |
| 65948061 |
| 65948049 |
| 65948039 |
| 65948021 |
| 65948018 |
| 65948013 |
| 65948004 |
| 65947953 |
| 65947880 |
| 65947843 |
| 65947761 |
| 65947740 |
| 65947685 |
| 65947679 |
| 65947669 |
| 65947630 |
| 65947620 |
| 65947574 |
| 65947555 |
| 65947491 |
| 65947476 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65947470 |
| 65947415 |
| 65947411 |
| 65947398 |
| 65947377 |
| 65947317 |
| 65947306 |
| 65947284 |
| 65947222 |
| 65947211 |
| 65947161 |
| 65947158 |
| 65947157 |
| 65947129 |
| 65947110 |
| 65947104 |
| 65947074 |
| 65947063 |
| 65864495 |
| 65864212 |
| 65864027 |
| 65864002 |
| 65863942 |
| 65863910 |
| 65863909 |
| 65863893 |
| 65863886 |
| 65863754 |
| 65863651 |
| 65863630 |
| 65863549 |
| 65863459 |
| 65863435 |
| 65863367 |
| 65863306 |
| 65863256 |
| 65863252 |
| 65863044 |
| 65862994 |
| 65862940 |
| 65862933 |
| 65862882 |
| 65862711 |
| 65862480 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65862471 |
| 65862389 |
| 65862305 |
| 65862296 |
| 65862187 |
| 65862034 |
| 65861921 |
| 65861890 |
| 65861881 |
| 65861872 |
| 65861779 |
| 65861738 |
| 65861673 |
| 65861667 |
| 65861397 |
| 65861378 |
| 65861172 |
| 65861164 |
| 65861080 |
| 65861068 |
| 65860845 |
| 65860781 |
| 65860739 |
| 65860701 |
| 65860513 |
| 65860467 |
| 65860456 |
| 65860382 |
| 65860364 |
| 65860280 |
| 65860239 |
| 65860225 |
| 65860197 |
| 65860195 |
| 65860089 |
| 65860070 |
| 65860063 |
| 65859944 |
| 65859905 |
| 65859878 |
| 65859793 |
| 65859724 |
| 65859483 |
| 65859323 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65859298 |
| 65859238 |
| 65859232 |
| 65859161 |
| 65859067 |
| 65858991 |
| 65858981 |
| 65858923 |
| 65858899 |
| 65858806 |
| 65858675 |
| 65858563 |
| 65858528 |
| 65858516 |
| 65858472 |
| 65858471 |
| 65858399 |
| 65858388 |
| 65858372 |
| 65858366 |
| 65858308 |
| 65858269 |
| 65858225 |
| 65858164 |
| 65858156 |
| 65858102 |
| 65858082 |
| 65858076 |
| 65858059 |
| 65857945 |
| 65857937 |
| 65857688 |
| 65857672 |
| 65857660 |
| 65857534 |
| 65857533 |
| 65857526 |
| 65857345 |
| 65857315 |
| 65857231 |
| 65857229 |
| 65857193 |
| 65857192 |
| 65857187 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65857184 |
| 65856923 |
| 65856912 |
| 65856867 |
| 65856808 |
| 65856778 |
| 65856707 |
| 65856658 |
| 65856633 |
| 65856549 |
| 65856478 |
| 65856408 |
| 65856335 |
| 65856251 |
| 65856215 |
| 65856198 |
| 65855751 |
| 65855654 |
| 65855313 |
| 65855252 |
| 65855149 |
| 65854583 |
| 65853878 |
| 65853848 |
| 65853725 |
| 65853521 |
| 65853498 |
| 65853362 |
| 65853298 |
| 65853184 |
| 65853139 |
| 65853035 |
| 65852452 |
| 65852392 |
| 65852021 |
| 65851823 |
| 65839780 |
| 65839395 |
| 65839159 |
| 65831524 |
| 65826484 |
| 65823745 |
| 65815354 |
| 65815327 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65814555 |
| 65811637 |
| 65811545 |
| 65810581 |
| 65810413 |
| 65810074 |
| 65809027 |
| 65808528 |
| 65805814 |
| 65805740 |
| 65802608 |
| 65800581 |
| 65800392 |
| 65799569 |
| 65799380 |
| 65799359 |
| 65799280 |
| 65799185 |
| 65799129 |
| 65799092 |
| 65799057 |
| 65799038 |
| 65799019 |
| 65798954 |
| 65798895 |
| 65798793 |
| 65798778 |
| 65798724 |
| 65798695 |
| 65798603 |
| 65798524 |
| 65798375 |
| 65798372 |
| 65798371 |
| 65798360 |
| 65798322 |
| 65798309 |
| 65798057 |
| 65798056 |
| 65798052 |
| 65798021 |
| 65797916 |
| 65797890 |
| 65797838 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65797779 |
| 65797758 |
| 65797681 |
| 65797676 |
| 65797637 |
| 65797598 |
| 65797465 |
| 65797403 |
| 65797345 |
| 65797291 |
| 65797168 |
| 65797095 |
| 65797041 |
| 65797020 |
| 65796972 |
| 65796908 |
| 65796873 |
| 65796810 |
| 65796753 |
| 65796528 |
| 65796401 |
| 65796359 |
| 65796249 |
| 65796048 |
| 65796024 |
| 65795913 |
| 65795874 |
| 65795807 |
| 65795773 |
| 65795494 |
| 65795433 |
| 65795390 |
| 65795349 |
| 65795201 |
| 65795184 |
| 65795099 |
| 65795093 |
| 65794681 |
| 65794519 |
| 65794507 |
| 65794413 |
| 65794305 |
| 65794255 |
| 65794096 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65793980 |
| 65793861 |
| 65793693 |
| 65793647 |
| 65793599 |
| 65793530 |
| 65793502 |
| 65793445 |
| 65793420 |
| 65793403 |
| 65793347 |
| 65793294 |
| 65793275 |
| 65793240 |
| 65793239 |
| 65793232 |
| 65793180 |
| 65793171 |
| 65793140 |
| 65793033 |
| 65792996 |
| 65792980 |
| 65792953 |
| 65792952 |
| 65792936 |
| 65792919 |
| 65792905 |
| 65792865 |
| 65792846 |
| 65792823 |
| 65792806 |
| 65792719 |
| 65792700 |
| 65792671 |
| 65792631 |
| 65792617 |
| 65792525 |
| 65792374 |
| 65792373 |
| 65792369 |
| 65792246 |
| 65792172 |
| 65792170 |
| 65792027 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65791899 |
| 65791891 |
| 65791768 |
| 65791737 |
| 65791667 |
| 65791642 |
| 65791533 |
| 65791527 |
| 65791516 |
| 65791489 |
| 65791467 |
| 65791445 |
| 65791277 |
| 65791250 |
| 65791244 |
| 65791238 |
| 65791211 |
| 65791185 |
| 65791176 |
| 65791100 |
| 65791059 |
| 65791003 |
| 65791001 |
| 65790991 |
| 65790990 |
| 65790971 |
| 65790951 |
| 65790938 |
| 65790918 |
| 65790865 |
| 65790813 |
| 65790653 |
| 65790599 |
| 65790594 |
| 65790388 |
| 65790313 |
| 65790300 |
| 65790295 |
| 65790274 |
| 65790124 |
| 65790084 |
| 65790061 |
| 65790049 |
| 65790038 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65790007 |
| 65789996 |
| 65789985 |
| 65789983 |
| 65789944 |
| 65789861 |
| 65789854 |
| 65789837 |
| 65789756 |
| 65789665 |
| 65789655 |
| 65789609 |
| 65789600 |
| 65789593 |
| 65789564 |
| 65789525 |
| 65789480 |
| 65789339 |
| 65789246 |
| 65789244 |
| 65789178 |
| 65789177 |
| 65788915 |
| 65788861 |
| 65788832 |
| 65788713 |
| 65788672 |
| 65788658 |
| 65788628 |
| 65788592 |
| 65788590 |
| 65788573 |
| 65788569 |
| 65788513 |
| 65788506 |
| 65788471 |
| 65788411 |
| 65788269 |
| 65788104 |
| 65788034 |
| 65788032 |
| 65787991 |
| 65787896 |
| 65787858 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65787694 |
| 65787562 |
| 65787363 |
| 65787200 |
| 65787119 |
| 65787061 |
| 65786993 |
| 65786964 |
| 65786934 |
| 65786831 |
| 65786822 |
| 65786703 |
| 65785087 |
| 65785056 |
| 65785045 |
| 65784922 |
| 65784668 |
| 65784638 |
| 65784600 |
| 65784343 |
| 65784084 |
| 65783614 |
| 65783480 |
| 65783233 |
| 65783016 |
| 65781915 |
| 65781876 |
| 65781868 |
| 65781687 |
| 65781637 |
| 65781448 |
| 65781336 |
| 65781314 |
| 65781304 |
| 65780588 |
| 65780318 |
| 65780104 |
| 65780005 |
| 65779706 |
| 65779544 |
| 65779307 |
| 65779185 |
| 65779119 |
| 65779031 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65778738 |
| 65778669 |
| 65778568 |
| 65778530 |
| 65778454 |
| 65778411 |
| 65778372 |
| 65778263 |
| 65778057 |
| 65778039 |
| 65777938 |
| 65777930 |
| 65777891 |
| 65777628 |
| 65777577 |
| 65777541 |
| 65777265 |
| 65768307 |
| 65767967 |
| 65767949 |
| 65767378 |
| 65767074 |
| 65766360 |
| 65762333 |
| 65759953 |
| 65759180 |
| 65756518 |
| 65756373 |
| 65756311 |
| 65756283 |
| 65756044 |
| 65755930 |
| 65755139 |
| 65755119 |
| 65754431 |
| 65754427 |
| 65754363 |
| 65752241 |
| 65752067 |
| 65750384 |
| 65750217 |
| 65750099 |
| 65748317 |
| 65748236 |

Ocwen Loan Servicing LLC, et al. v. Radian Guaranty Inc.
Exhibit C to Complaint

| |
|---|
| 65732244 |
| 65731310 |
| 65730897 |
| 65729352 |
| 65729336 |
| 65729190 |
| 65728875 |
| 65728654 |
| 65728642 |
| 65728571 |
| 65727894 |
| 65723703 |
| 65723271 |
| 65723096 |
| 65723086 |
| 65707650 |
| 65706424 |
| 65706087 |
| 65705822 |
| 65647076 |
| 65645046 |
| 65644650 |
| 65639614 |
| 65627026 |
| 65626389 |
| 65607267 |
| 65593670 |
| 65592447 |
| 65592108 |
| 65591964 |
| 65590776 |
| 65587580 |
| 65568335 |
| 65554045 |
| 65553317 |
| 65284789 |
| 64073352 |
| 64033229 |
| 64021665 |
| 53217716 |
| 53212058 |
| 53212021 |
| 53212007 |
| 53210392 |