IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC and HOMEWARD RESIDENTIAL, INC., on their own behalf and on behalf of residential mortgage loan owners and trustees,<br><br>    Plaintiffs,<br><br>    v.<br><br>RADIAN GUARANTY INC.,<br><br>    Defendant. | Case No.:<br><br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs, Ocwen Loan Servicing, LLC and Homeward Residential, Inc., state:

    1.    The nongovernmental corporate party, Ocwen Loan Servicing, LLC, is a limited liability company whose sole member is Ocwen Mortgage Servicing, Inc. Ocwen Mortgage Servicing, Inc. is a corporation incorporated in the U.S. Virgin Islands and has its principal place of business in the U.S. Virgin Islands. 100% of the common stock of Ocwen Mortgage Servicing, Inc. is owned by Ocwen Financial Corporation. Ocwen Financial Corporation is a publicly traded corporation, with no entity owning more than 10% of its stock. Ocwen Financial Corporation is incorporated in the State of Florida and has its principal place of business in Atlanta, Georgia.

    2.    The nongovernmental corporate party, Homeward Residential, Inc., has the following parent corporation and publicly held corporation that owns 10% or more of its stock:

    Ocwen Financial Corporation

DATED:  December 22, 2016        BY:    /s/ 
Matthew D. Rosso (PA 203696)
Whitney D. Ross (PA 206956)
REED SMITH LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA  19103
mrosso@reedsmith.com
wross@reedsmith.com

David M. Halbreich (*pro hac vice* application to be submitted)
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
dhalbreich@reedsmith.com

David E. Weiss (*pro hac vice* application to be submitted)
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105
dweiss@reedsmith.com

*Counsel for Plaintiffs*