IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OCWEN LOAN SERVICING, LLC, *et al.* | : | CIVIL ACTION |
| v. | : | NO. 16-6586 |
| RADIAN GUARANTY, INC. | : | |

## ORDER

**AND NOW**, this 31st day of January 2018, upon considering the parties' Cross-Motions for Summary Judgment on the 30 identified bellwether loans (ECF Doc. No. 84, 85), supplemental responses (ECF Doc. No. 89, 90), Defendant's sur-reply (ECF Doc. No. 95) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 84) is **GRANTED in part** and **DENIED in part**, Plaintiffs' Motion (ECF Doc. No. 85) is **GRANTED in part** and **DENIED in part** and we proceed on:

1. Plaintiffs' declaratory judgment for the 30 identified bellwether loans;[1]

2. Plaintiffs' breach of contract claim on bellwether loan certificates:

| 53001043 | 53010655 | 53011114 | 53106980 | 53107616 | 53108723 |
|---|---|---|---|---|---|
| 53194326 | 53225724 | 64040480 | 65575723 | 65584131 | 65728594 |
| 65791708 | 65815327 | 65817890 | 65818414 | 65826484 | 65858954 |
| 65860272 | 65954693 | 65957170 | 82618193 | 95652591 | 95910060 |
| 96408079 | 96413862 | 96729457 | 99308281 | 99573712 | |

---

[1] Ocwen is not proceeding to trial on its equitable indemnification claim on a bellwether loan.

3. Plaintiffs' bad faith claim on bellwether loan certificates:

| 53010655 | 53011114 | 53106980 | 53194326 | 65575723 | 65728594 |
| --- | --- | --- | --- | --- | --- |
| 65815327 | 65818414 | 65826484 | 65858954 | 96408079 | 96729457 |
| 99573712 | | | | | |

4. Defendant's declaratory judgment and unjust enrichment counterclaims for the 30 identified bellwether loans;

5. Defendant's statutory insurance fraud counterclaim on bellwether loan certificates 65728594, 65815327, and 96408079; and,

6. Defendant's breach of contract counterclaim on bellwether loan certificate 99573712.

_____
KEARNEY, J.